SCANNED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Tracey Colover_

Write the full name of each plaintiff.

-against-

_Robert Towe_
_Sandra Smith_
_Chrissy Teigen_
_Sheila Maloney_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**18 CV 7208**

CV _____
(Include case number if one has been assigned)

## COMPLAINT

Do you want a jury trial?
☐ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   **Federal Question**

□   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

18 U.S. Code 2261 A, 18 U.S. Code 248
Hate Retaliation, Human Trafficking Rico
14 Admendment Crime Due Process
Reproductive Rights Law Health and Human
Services Act 2015 - Attempted murder - murder

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Robert Lowe_____, is a citizen of the State of
(Defendant's name)

_the United States of America_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Tracey_____     _Clover_____
First Name          Middle Initial          Last Name

_104-36 196St Apt 6D_
Street Address

_Queens Saint Albans,_     _New York_     _11412_
County, City          State          Zip Code

_____     _____
Telephone Number          Email Address (if available)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   Robert                    Towe
　　　　　　　First Name　　　　　　　Last Name

　　　　　　　Pastor
　　　　　　　Current Job Title (or other identifying information)

　　　　　　　116 - 30 Francis Lewis Blvd
　　　　　　　Current Work Address (or other address where defendant may be served)

　　　　　　　Queens, New York                    11412
　　　　　　　County, City　　　　　　　State　　　　　　　Zip Code

Defendant 2:   Sandra                    Smith
　　　　　　　First Name　　　　　　　Last Name

　　　　　　　Doctor Montessori Progress
　　　　　　　Current Job Title (or other identifying information)

　　　　　　　unknown
　　　　　　　Current Work Address (or other address where defendant may be served)

　　　　　　　Queens, Saint Albans, New York 11412
　　　　　　　County, City　　　　　　　State　　　　　　　Zip Code

Defendant 3:   Chrissy                    Teigen
　　　　　　　First Name　　　　　　　Last Name

　　　　　　　Entertainer
　　　　　　　Current Job Title (or other identifying information)

　　　　　　　Unknown
　　　　　　　Current Work Address (or other address where defendant may be served)

　　　　　　　Queens, Manhattan, N.Y.
　　　　　　　County, City　　　　　　　State　　　　　　　Zip Code

Defendant 4:  Sheila                    Maloney
              First Name                Last Name
              _____

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)
              Queens, New York                    11412
              County, City                State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York, New York .
_____

Date(s) of occurrence:  See Attachments
_____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and what each defendant personally did or failed to do that harmed you. Attach
additional pages if needed.

These individuals stole monies that were allotted
to me from Human Reproductive Research Study.
They stalked and Harrassed ~~me too~~.
~~At~~ The harassment was an attempt to Push
me out of the monies that rightfully belonged
to Me. I have Attached Serval pages
of additional facts. The attachment ~~is Not~~
~~to the main~~ represents a few pages
as to what happened. ~~At this~~ At the discovery
phase I will provide the Additional Information.

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Return of the Money allotted to me for the Care of my Children

Pain/Suffering — Harassment teroize STALKing

Reputational Attack

Joss Wages

Return of All my Children born from this Study.

etc.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/9/18 | _Tracey Clover_ |
| Dated | Plaintiff's Signature |
| _Tracey_ | _Clover_ |
| First Name    Middle Initial | Last Name |

_104-30 196 St APt 6D_
Street Address

_Queens, Saint Albuns,_  _N.Y._  _11412_
County, City          State          Zip Code

_347-901-6812_
Telephone Number          Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

 Gmail

Tracey Glover <glovertracey245@gmail.com>

## Update : 8/3/18 ACS/HRA/DHS Highly Secretively Reproductive Research Government Fraud Cover Up
1 message

**Tracey Glover** <glovertracey245@gmail.com>                                                                 Fri, Aug 3, 2018 at 3:31 PM
To: action@comptroller.nyc.gov, civil.rights@ag.ny.gov, human.trafficking@ag.ny.gov, hrsptips@usdoj.gov
Cc: luke.broadwater@baltsun.com, trif.alatzas@baltsun.com, washington@nytimes.com, scoops@huffpost.com, tips@nytimes.com, li@newsday.com, gryle@icij.org
Bcc: help@moveon.org

My name is Tracey Glover who is seeking to get my story out to the public. The story outlines the Federal Government's attempt to cover-up the fraud involved with the use of my placenta that was used in a highly reproductive research study which the proceeds which intended for me went into the pocket of government officials and employees along with their campaign contributors. Anything that you can do to help get my story out is greatly appreciated.

On March 13, 1997 6:30 P.M, I gave birth to two daughters at the Long Island Jewish Medical Facility located in New Hyde Park, New York. The second daughter was unbeknownst to me as the sonogram pictures did not detect her present in the womb prior to the day of birth. My first daughter whose name is Melanie A. Bennett was given to me and the second daughter was taken by delivery room nurses who I am now finding out was somehow given to or adopted by Senator Leroy Comerie through the Little Flower Foster Care Adoption Agency and was raised by him and his family. Moreover, my placenta unbeknownst to me was taken and used by Long Island Jewish Medical Facility located in New Hyde Park, New York for Reproductive Research where they were able to successfully clone the DNA and Chromosomes to create additional children. This technical can be done in two ways.

1.    Hua Hua and Zhong Zhong, researchers used modern technology developed only in the last couple of years to enhance the technique used to clone Dolly, which is called somatic cell transfer, or SCNT. This is where scientists reconstruct an unfertilized egg. The researchers remove the egg's nucleus -- the part of the cell that contains most of its genetic information-- and replace it with the nucleus from another cell. It's then stimulated to develop into an embryo, which is transplanted into a surrogate mother. That same cell cluster can make more genetically matched animals.
2.    http://www.businessinsider.com/baby-lamb-fetus-inside-artificial-womb-2017-4. Although, this lamb did not survive however the technology has been a successful for human reproduction. This was the method used in my DNA and Chromosomes to create all of my children.

3. CNN Report: https://www.cnn.com/videos/health/2018/01/24/cloned-monkeys-dolly-sheep.cnn

My children were developed inside the Long Island Jewish Medical Facility Division of Reproductive Research where they, remained there as infants until there were stable enough to be placed in homes. The United States was to the first to perform this procedure on Humans and we have mastered it.

The Federal Government namely the Obama Administration was completely aware of the success of the Reproductive Research who began the quest to locate me for notification of the children along with the monetary award that I was entitled to for care of the children. This process went terribly wrong and the notification was intercepted by Teddi Lebo who formerly resided in the Apartment Buildings located 104-56 195 Street St. Albans, New York 11412 and now in Wilmington, DE. Teddi Lebo enlisted the help of Teresa Mae Walden of High Point, NC: A Rockawear Employee, Patricia Staton, of High Point NC, Cesar Cuni a DHS employee, New Rochelle, New York Karen, Rountree of 196 Street St. Albans New York and Andrea Beagle who resides at 196 Street in St. Albans and Arthur Bonillia a DHS employee residing in Bellerose, New York, John B. Bennett, who is the father of Melanie A. Bennett in addition to our children who were produced in the Reproductive Research study. Once these individuals found out about the type of monetary compensating was involved for each child along with a high compensation award to anyone who accept my children into their homes they began to broker them like a Stock Market IP. My name and address was collectively changed, erased by the individuals that I mentioned above in addition Teresa Mae Walden who also said I was deceased in order to obtain her part of the compensation. At this point, with me out the scope Teddi Lebo and Teresa Mae Walden along with Patricia Staton was able use multiple names as to who the compensating belongs to like: Like Candy Burton who is a combination of names between her half-sister and her Austin Burton, Franklin Staton, Amos Staton who are both deceased. My children were kept on NO DOZE a drug used to keep you awake in order so that they would be readily awake if a purchase should come in during late hours of the night. Narcotics, were given to my children who grew to become teenagers in order to control them and have a reason to put them out on the street homeless after all the

monetary benefit was taken from them. Some of my teenagers were lured into prostitution. Sadly, because of the recklessness of Teddi Lebo who was appointed to care for them at least two of them are now deceased and the benefit of this lends to SSI Death Benefit and Insurance Scam. This act was committed by Patricia Staton and Teresa Mae Walden were one was thrown out of a window in St. Albans, NY Another was thrown in river where she drown. The daughter that I raised Melanie Bennett was stalked at Wells College by Teresa Mae Walden and her celebrity friends through her Rockawear in conjunction with Hoda Kotby and Teddi Lebo who knew she was also a part the Reproductive Research wanted her part of the compensation. Melanie was thrown in Cayuga Lake in Aurora, New York by the order Teddi Lebo who did not want me to have the right to say that I actually gave birth to her because that would more confirm that mother to all of them which is me. This act was attempted murder but it was also a way for the individuals that I mentioned above to say she along with me is not entitled because she is deceased. I am very grateful today that she is alive and studying at a new university studying thanks assistance of Federal Law enforcement personnel. However, Melanie continues to be stalked and attacked along with the rest the people because she is victim and witness as to what happened to her there in addition, to the monetary compensating still wanted by Patricia Staton and the individuals that I mentioned above. In addition, these individuals attempted to kidnap her to inflict her with narcotics so that my parenting skills would be subsequent to challenge when obtaining the rest of my children.

A good guardian Angel blew the whistle on Teddi Lebo (Female) by the name of Frank Spellman of New Jersey who paid in my children along with keep quite money. Teresa Mae Walden, Arthur Bonilla published my personal identifiable information in form of credentials to further the scam. I have a stellar background the attempts to ruin it was a national harassment campaign formulated by Arthur Bonilla, Teresa Mae Walden, Patricia Staton, Karen Rountree who at least admitted to me that she stalked, framed and harassed me . These individuals were paid a bonus of 300,000.00 on top what she already stole through him to ruin my good name. Slander was strewn all over the street that I was a drunk all day narcotic inflicted etc. I was personally attacked by a hairdresser who was paid compensation by these individuals to cut my hair up so my personal appearance would be distorted unfortunately my personal look remains in good standing. The Slanderous talk got so bad that it be a worldwide harassment mission stemming from Rockawear and his attorney Phaedra Parks who obtained my credentials from his employee Teresa Mae Walden, Patricia Staton and Arthur Bonilla. They also took part in stalking harassment responsible for stalking and the Cayuga Lake incident where she was thrown in the lake we rescue by me and federal law enforcement. My Children were delegated out by Rockawear and Phaedra Parks to Sheree Whitfield, Taymar Braxton, Stacy Ann Gooden New York 1 News, Hoda Kotby, Vanessa Williams, Miss America to name a few. The crazy thing about this is that they victimized my daughter Melanie Bennett and then tried make appear as though she had something to do with this scam when she was a teenager a freshman in college who knew nothing about her siblings. As I writing this letter, I am hearing the harassment the Melanie is gone away for their scam in other words a fall guy because they took her money.

How does this all relate to fraud? First, this scam was a breach to National Security by allowing access whatever system their using to take money out. Secondly, in this system multiple individuals have access to the system in the form of administrative privileges that can be used to lower someone's background to allow or disallow privileges to my children. Thirdly, my credentials along with Melanie's credentials is being used in this system fraudulently someone else to appear as though as I was who stole money from whatever this system this. This fact was proven by a Haitian girl who lives across the hall from us and is a Rockawear employee who was hired to hack both our systems. This incident was spread across the town as to what she was capable of doing for him. I was well aware of the questionable IP traffic through Nestat and NSLOOKUP, WHOIS and log analysis however the Rockawear camped constituted that they had did this as I prove of making me look bad as an IT Professional where I am still look good as a IT Professional. As an IT Professional, the investigative process is step by step procedure and cannot be speculative it must be confirmed to be true which I am doing with the help of a few good Guardian Angels. How does this relate to Fraud? A few of my children were funnel through ACS NYC by who delegated some of them to the Little Flower Foster care and Adoption Services where I met my children through discovery mission. I was met by Ms. McDonald who is the director of the facility. There were two other people in the room for Foster Parent Orientation. One person particularly stood out since she was using the name Tracey Smith who was actually trying to impersonate me. Tracey Smith mentioned Arthur Bonilla and Teresa Mae Walden in conjunction with the name she could obtain by pulling one of my Children out. At the end of the orientation Ms. McDonald mentioned laughter that they could not pull of the scam without Teddi Lebo and John B. Bennett who is the other parent who create the DNA and Chromosomes that were used in the Reproductive Research. Please keep in mind John B. Bennett and I lived together as couple. How does this equate to Fraud? Placement homes did not meet regulatory requirements. Representative Payees were misrepresented to the tune were social workers turned a blind eye and received kickbacks on the housing in other words placed in location other than reported. Secondly, the existence of Misuse of benefits when acting as the care of when two were actually deceased and in conjunction Social Security fraud and Insurance fraud. Benefits were received Foster Parents who actually put them on the street and did not allow them to live in their home. One of my children was stalked and kidnapped by Christina El Moussa who resides in Southern California received money from the program and keep my daughter Corbose in her backyard and would not allow her to live in her home when the benefit was supposed be used for her care and to pay her rent. In addition, Christina did not allow her to shower in her home. Lastly, some of healthiest children were beaten to the point where they became physical disabled in order to receive additional benefits in the form of disability administration in the form of disability payments this were at the order of Teresa Mae Walden who has been to known beat them and leave them unattended for hours without any food. Lastly, my children are suppose have a delegated administrator to designated to care for them. The problem with this fact that I am their next to kin and the other people like Hoda Kotby Braxton only care about them for monetary benefits only. They both were a part of the Harassment to push prison out my hair carefully designed to poison people then people like Boris Kojo and

Chief Bershire, Phaedra Parks, Atlanta, GA, Sharee Whitfield; Atlanta, GA in addition to non-notables, Teddi Leblo Wilmington, DE, Karen Rountree, St. Albans, New York, Andrea Beagle, St. Albans New York, Sandra Smith, St. Albans New York, Sheila Maloney St. Albans, New York, Aggie Tsang, New York: Jarrett Lin, New York, Margaretta Davis, Bushwick Brooklyn, Stephanie Chinchaminto, Staten Island, New York. Colleen O'Keefe Staten Island, New York. Arthur Bonillia Bellrose New York who has had issues ASC in his household Vanessa Bonillia Bellerose has issues with in Family court with her own child < New York, Peonia Metaxes, Queens, New York who seems think she won one if not two of them through a contest, Cesar Cuni, New Rochelle New York, Robert Judge of judge Law has worn a wire however my understanding of this should have returned them to me along with the money. James Hausle, Smithtown New York is also involved this scam as it appears to be stemming out to DHS. (Update: It appears as though these scammers are using my name fraudulently to obtain the. As I mentioned, I have the first part of the paper which states in the beginning for each of the kids. However, the second part was intercepted. My personal identifiable information was stolen by Arthur Bonillia and Teresa Mae Walden who were in my home when I traveled on one of many business trips. The stolen credentials were used to continue the scam whereby they were obtained. In other words, these individuals impersonated me then erased my name and stated that I was deceased in additional to my daughter Melanie Bennett who I mentioned in the above paragraphs.
  Updated name: Penelope Mclean, Bushwick Brooklyn was said to have sold narcotics to buy into this scam in addition to Margaretta Davis. Someone who goes by the name Politico can ask at the mini supermarket on 202 street Hollis Avenue across from the Jamaica Medisys Center. Update: July 2017 Todd Smith (AKA) LL Cool J attempted to run me over on Jamaica Avenue in 202 Street. As I barely made to the safety of the other side of the street, I noticed that his speeding vehicle contained a few of the children who were not properly secured for ridding in a vehicle. In addition, Todd Smith was working to human traffic the children with Teresa Mae Walden and Arthur Bonillia who would delegate the children out to individuals at a price. A conversation was overheard between Todd Smith and Arthur Bonillia said to Todd Smith I am in the woods already. The woods were a place where they kept the children until they could be sold. Other findings: Rosemarie Bennett obtained the children through these types of sales and illegally benefitted from the proceeds of the reproductive research study. The point is:  she should have notified the proper authorities and returned them to me. In addition, some of the children have been funneled through Mam African Hair Braiding Studio located at 17011 Hillside Avenue Jamaica New York 11432 in addition to Mount Moriah AME Church located in Cambria Heights New York. Updated: Information: I was informed I am not sure how true it is however Jerimiah Gaffney funeral home has purchased five of them  William Burwell of St. Albans, New York and also has a New Jersey address  who was involved along with Sheila Maloney St. Albans Queens or South Ozone Park. Another person of interest is some who goes by the nickname LECI, I believe she resides on 112[th]road is Saint Albans Queens, NY. Christina El Moussa Southern California who used my name and personal identifiable information to obtain one of my children who goes by the name of Cobrose. Christiania kidnapped her from the streets of New York and took her to southern California. I am told Christiania kept her in her backyard and would not allow her in her household not to even take showers. However, Christiania accepted thousands of the dollars to care for her. Note: I was informed that Joanna gains of Waco, Texas are involved have accepted monies through the human trafficking. In addition to someone else who goes the name of Joann who was hired by someone in law enforcement and is splitting the monies from the research with other officers which ultimately means very little support will go the child.  Please help me to preserve their lives as most are being neglected induce with illicit substances to control them in addition to not allowing them to attend school. I have also heard that some individuals will not buy the under garments or clothes or shoes. Please assist me with obtaining since as I have mentioned I am the true next to kin to them and the only true advocate with the best interest at heart and one who is not seeing this as a revenue stream through human trafficking. I welcome the opportunity to work with you and everything that I am saying is true. I am the true kin and can prove it. My proof is the paper work with the government seal for all of the children. The second part of the paper work was intercepted and fraudulently doctored to reflect the name Teresa Mae Walden who obtained word of the reproductive study from her involvement with employees of the Department of Homeland Security namely Arthur Bonillia, Cesar Cuni, James Hausle and Penny Metaxes were also involved with the Human Trafficking activities. Please keep in mind that I am updating as information is given to me. I have added two other individuals in this scam. A woman who goes by the name Fancy last known address is 104-36 196 Street Hollis, New York 11412 Apt 4C  who used my personal identifiable information to obtain at least five of the children and who also shared in the scammer circle where the monies that were intended for the children was shared amongst Arthur Bonillia along with the others mentioned in this letter. Fancy also purchased a home with this money from the proceeds from the sale of the children to someone in the Cayuga County which is located upstate New York.  A female TD Bank branch Manager located at 372 Jericho Turnpike Floral Park New York 11001 is also involved.  This individual is of Asian descent and obtained one of my children through a law enforcement officer who placed her with this individual without following the proper protocols and procedure since it was known by this officer that I was the true parent of the child. This officer should have notified me immediately however this was not done because with each child comes a large sum of money for their care which comes from the reproductive study. In addition, monies from the research study was laundered by this person to point with bank account were the scammers hid the money in the name of Patricia Staton and Austin Burton. Any assistance that you can provide is greatly appreciated. I am also hearing that Stevie J from the show Love and Hip Atlanta may have possession of one the children and who may have used my name fraudulently updated: Another person who was involved with this is Dennis Michael Glover who I was married to in 1986 and formally divorced from 1991. These children were not as product of Dennis Michael Glover's DNA and Chromosomes and resides Fishkill New York however he did in fact benefitted through fraud by obtaining one of my children who I hear he has inflicted with some sort of substance where this child is sick every day.  These Children are Chromosomes and DNA from me and John Bennett

Arthur Bonillia also had an intimate relationship with Cindy Murphy who is married to Timothy Murphy whose last known address to me was 104-36 196 Street Hollis, New York 11412 Apt 3 E.  Arthur Bonillia had an affair with Cindy Murphy (aka Pennsylvania as the streets are calling

her) obtained my stolen credentials from Arthur Bonilla was able to obtain at least one of my children. However, I am told that she was able to obtain a large amount of money.

Update: 3/19/2018

A woman who goes by the name Fancy last known address is 104-36 196 Street Hollis, New York 11412 Apt 4C who used my personal identifiable information to obtain in at least five of the children and who also shared in the scammer circle where the monies that were intended for the children was shared amongst Arthur Bonilla along with the others mentioned in this letter. Fancy also purchased a home with this money from the proceeds from the sale of child in care to someone in the Cayuga County which is located upstate New York. I too told that this child was returned by the New York City Area. Moreover, Fancy is being protected by members of local law enforcement who I am told are eating in her household and are partaking in the proceeds of some of the funds intended for the care of children. These individuals from the law enforcement community have told her not worry about me however these individuals seem to think that it is justifiable to use stolen credentials which belonged to me to obtain the benefit. Lastly, a conversation was overheard when Fancy was interviewed for this was asked a question relating to my personal identifiable information and she could not answer the question. The interviewer said the answer to her which should have been an automatic disqualifier. Moreover, another conversation was overheard where Fancy who was given my resume by Arthur Bonilla was being coached as to how to explain my CNE (Certified Novell Engineer) credential if asked. Fancy could not explain the CNE Credential from Engineering prospective

Penelope Mclean of Bushwick Brooklyn who I am told sold narcotics to buy into this scam in addition to Margaretta Davis of Brooklyn in order to obtain possession of the children. I was also informed that the child in Margaretta Davis's possession was infected with narcotics at her hand then in order to control the child while relating over the monies. This child was put out on the street by Ms. Davis and was only located by Ms. Davis when someone told her that an active investigation is underway.

Timothy and Cindy Murphy whose last known address was 104-36 196 Street Apt 3F were also involved in this scam and received money through their association with Arthur Bonilla

Updated Notables involved:

The Obama Administration was completely aware of the success of the highly secretive Reproductive Research Study it is this administration breach that caused the chaos and the mishandling any properly notifying me. This administration fraudulently gave the monies that were intended me for to employees of the Department of Homeland Security in addition to notably celebrities as a form kick for political favors. The Administration's attempt to locate me started out with good intentions. Unfortunately, greed took precedence over good intentions. The new goal became let's not notify her and let's keep the monies for ourselves. The Department of Homeland Security Teams who were chosen to help locate me for notification were Teresa Mae Walden, who is later discovered that her background included robbery and prostitution however she was hired by the agency. Other employees are Arthur Bonilla, Cesar Curri, James Hausle, Penny, and Metaxes. Arthur Bonilla developed intimate relationships with both Teresa Mae Walden and Teddi Leblo of Wilmington, DE (aka Delaware) Teresa Mae Walden and Teddi Leblo who were introduced to high ranking officials within the administration and carried on intimate relationships with the executive level employees. It was through these encounters made Teresa Mae Walden and Teddi Leblo whose last name I hope I am spelling correctly learned of the highly secretely Reproduction Research Study in addition to the monies that came all with the benefit of obtaining anyone of the children. These individuals were well aware of the fact that my first born daughter who also was born from the same placenta was under my guardianship. During the summer of July 2015 I drove this child to college located in Aurora, New York. The individuals that I mentioned above in conjunction the Executive Level Department of Homeland Security employees decided to concoct a story that I was deceased in addition to my first born in order to steal the proceeds from the Reproductive Research Study. Changes to the document were made by Teresa Mae Walden with the intent to impersonate me in order to obtain the proceeds from study which would be split amongst the Homeland Security employees that I mentioned in this letter in addition to those who were promised political favors for campaign contributions. Homeland Security employed Teresa Mae Walden to also be the front person to stalk and harasses my first born daughter who was away from home at college. Teresa Mae Walden in conjunction with the Homeland Security backing and green light to proceed the process to destroy her physically to the point of death. This child was stalked by Teresa Mae Walden who enlisted street gang members to attack her. My daughter was beaten and drugged dragged out of her home drown in Cayuga Lake by the request of Teresa Mae Walden. Teresa Mae Walden's thoughts were mission complete the kid is deceased in the lake. This was a very lucky day for her because there was a Guardian Angel who witnessed this event and pulled her safety. Early this day, I had a feeling that something was wrong see a conversation I had with her where she that she was running and she had Mom these people think I have money, I passed up my vehicle drive the five hour trip at lightening speeds. When I arrived, she was back in her room. It was late so I decided to check into to area hotel and where I can address the money issue which I thought was a financial aid administrative error because she was paid in full for the semester. The next morning I met with Financial Aid then I met her for lunch. At lunch she did not seem to be herself very withdrawn. I asked her if everything was okay and replied everything is fine Mom lots of homework. I told her that I had back to the city for business meetings the next day however I will return over the weekend. The next day we filled with back to back meetings. I finished work at 6: 30 P.M. a decided to have Pizza for dinner. As I am leaving the parking lot of the Pizzeria, some shouted out Delaware had better swimmers. This comment spoke volumes to me and it was then

that I realized the connection between Teresa Mae Waldon and Teddi Leblo in addition their involvement in the prior's day incident. I could not leave on Saturday due to other obligations however I was my intent to leave home at 4:00 A.M which would put me there by 9:00 A.M. At 8:30 AM and thirty minutes away, I decided to put gas in my vehicle so I would not have to make any immediate stops on my back to NYC, While in the Sunoco paid for the gas, I heard a female voice who said "I guess we got to let her out there and then mention of Teresa's name. I heard another voice said let's see what is going on there however I could not identify the face behind the voice. When I arrived there at 9:00 A.M., I called her and she did not answer. I went to her room and she was not there. I went the shower room which is also a bathroom and she was not there. I then proceeded to the Dining Room to see if she was at breakfast. She was not there. However, I did see two kids who I asked if they had seen her. They seem afraid to answer the question in fear of retaliation as to what happen the night before. I then proceeded to security to ask their assistance to locate her. They could not locate her immediately so I began to walk near the woods there and I hear a voice who called my named and who said I was behind you all there way there. We were walking Parallel of each in the woods just looking for her I turned toward the Security Office which it located near by the woods to see if she had been located. Well she appeared out of not where just a bit disoriented. I asked where she was and I cannot remember her answer but best believe she knows if she would have answered something was wrong I would have said pack your bags and let's leave when she really wanted to finish the school year. So with the help of law enforcement we were able watch her watch was going on addition while protecting her safety. We started with a handful of law enforcement officers expanding to at least twenty. When arrived back to the city from this search and rescue mission. The word around town was that she was kidnapped and strung up there and her head was nearly severed. This act of violence against her was at the order of Teresa Mae Walden with the backing of Homeland Security employees to obtain the monies due to me from the study. When began to spread the word that I was going to order a sonogram and everyone here in the city went crazy in terms of stalking which tells me that attack on her included rape. They said she would never live to testify about what happen. In addition Teresa Mae Walden was over saying that she needs to finish her off. Teresa befriended a law enforcement officer who was working this case and whom she also had an intimate relationship with to assist her with completing her task of finish both of us off for deceased. The last incident before the school year ended involved another kidnapping this time with ransom note. Fortunately, my unexpected arrival there was able to thwart off this attempt with law enforcement again by my side to assist. What was also discovered is that Teresa Mae Walden had help from celebrity personalities like Hoda Kotby along with the college to obtain her personal identifiable information to take my first born daughter's share of this money. Conversations were heard between Hoda and Teresa in reference to taking the money in addition to selling my children like initial public offerings. Teresa Mae Walden , Arthur Bonillia and Teddi Leblo (aka Delaware) began scanning my children then pulling them out of children out of various Foster Care agencies like Little Flower located in Jamaica, New York where I went undercover and discovered by the Director the was involved. The made the suggestion as to how to obtain one like my children and laughed and clapped her hands and said that they could not have gotten away with it without Delaware, Artie and Teresa Mae Walden. What I also discovered that Teresa and Delaware keep ingested them with No Doze in addition to a sleep mickey so that they will be readily available for a buyer. They were able to facilitate easy transactions through help of attorney's who accept bribes to falsify the documents. Teresa Mae Weldon's Mother Patricia Staton who is a known drug dealer was also paid to assist in this scam that collectively with Teresa infused a few of the children with narcotics. Once that found out that I was on to their scheme I was harassed by quite a few well known celebrities.

The next few paragraphs I have written in part with action that filing with the State of Georgia against Phaedra Parks.

I do not know Phaedra Parks nor have any relationship with her on the behalf of a third party attorney client action or suit. However, Phaedra Parks on the behalf of her client's Sean Carter AKA RockAwear, NBC Universal has stalked and harassed me over my Placenta which was used in a highly secretive reproductive research study which was a successful in producing additional children whom are alive today. The children are in the age ranges of infancy to young adults and continue to be produced today. I have the original paper work which states in the beginning a New York State government seal in respect to their original born on date. The second part of the paper work which consisted of the notification of the success of the research along with the monetary compensation along with the guidance as to obtaining the children was intercepted by Phaedra Parks and her clients who are mentioned above in addition to the Department of Homeland Security employee Arthur Bonillia and someone who goes by the name of Frank who is a local New York City Law Enforcement Officer and who both had imitate relationships with Phaedra Parks beyond an attorney client relationship. Both Arthur Bonillia and Frank whose last name is unknown to me are under investigation by New York City local Law Enforcement in conjunction with a Joint Task investigation by the Department of Homeland Security since the Reproductive Research was highly secretive and a breach to National Security. Phaedra Parks also enlisted Teresa Mae Walden of High Point, NC who also assisted her with fraudulently manipulating the second part of the paper to reflect the name Teresa Mae Walden instead of mine and who was later discovered to be a Department of Homeland security employee who lied about her arrest for prostitution in addition to her arrest for the theft of two handbags belonging to other passengers on two separate flights that she took both domestic and international. It was also discovered through the Joint Task investigation that Teresa Mae Walden is also a Porn Star. A whistleblower whose identity is undisclosed since it would violate statues pertaining to the protection of whistleblowers brought this matter to my attention therefore I cannot include the name in this compliant. Through the Whistleblower it was discovered that thousands of dollars per month stipend was allotted for the care of the children. It was also stated by Whistleblower that Phaedra Parks obtained the children and kept some of the children hidden in the back woods of Buckhead County or surrounding areas to later be sold like Stock Initial Public Offerings. Once the sale was complete and then and only then would the children be brought from the back woods of the Buckhead County and surrounding areas. A conversation was overheard between Phaedra Parks and one of my children who said Phaedra I cannot do this anymore which spoke volumes towards child abuse. On separate occasion, another conversation was said to be overheard from the same child speaking to Phaedra Park stating that she could not do

Whistleblower that Phaedra Parks changed their names fraudulently and their appearance which is in direct Violation of the Reproductive Research Program Stipulations in accordance with law as it relates to the Social Security Administration. The children were given Social Security numbers specific to each child name for the attention of Law Enforcement by a Whistleblower and an active investigation is going on in your area. So far this investigation, lends many truths in reference to the written content here in this grievance. Once Phaedra Parks discovered my awareness of this situation, she enlisted the help of her Atlanta Housewife Co-Star Sheree Whitfield in conjunction with Teresa Mae Walden went on a rampage terroristic in nature to attack me locally and nationally which in is in direct violation of Georgia Penal Code 16-5-90. Phaedra Parks stalked and harassed me in attempt to justify why the children in addition to monies from the Reproductive Research should go to me when it rightfully belongs to me by law. Phaedra Parks stalked and paid hairdressers in my area to take my hair out. Phaedra Parks paid individuals to walk behind me shouting words of hate like I am a narcotic smoker in addition to spreading that my household is filled with rats and roaches not mention that I have bed bug bites all over my skin along with being a stay at home drunk when I am a Business Owner in addition to a Certified Arbitration System Security Officer who is widely regarded in my industry. These accusations were totally false Phaedra Parks' antics caused me losses to contracts which resulted in a loss work a means to support myself along with my daughter in addition to the loss of our home. The most serious terrorist attempt by Phaedra Parks, Sheree Whitfield, Teresa Mae Walden was when they discovered the existence of my first born (keep in mind: my children are all from the same placenta) and realized that she was alive and living with me paid individuals to stalked her as payed were seeking someone to murder her in attempt to say I no longer have a child therefore I am not entitled to the other offspring's was produced from my placenta. Phaedra Parks, Sheree Whitfield and Teresa Mae Walden when they could not get that close due to my professional affiliations with several law enforcement agencies thought inflicting her along with narcotics turning her into addict would be a good avenue to travel in attempt to harass and embarrass to say that my parenting skills were questionable when my first born finished high school honors who now attends a University with a Major in Dentistry and in consideration for a Naval Officer career. The Whistleblower has also said that these individuals have inflicted my other children with narcotics in order to control them and reign over the monies. These women are vicious. My children thought their share of the money will be used to purchase a home for them which they will go up in and later given the title to the home once they come of age which is totally false. The end result from these acts has left a few of my children homeless. I cry each and every day as it pains me to see my children treated in the manner and the realization of the New American Greed which ultimately means ill regards to humanity. Update: Phaedra Parks approached at Nevada businessman in regards to purchasing my new children as I mentioned like a stock initial public offering through the new breed of human trafficking. Any assistance or guidance that you provide is greatly appreciated. Update: The Street has told me that these antics are attempted to keep me naked so I am unable to help them because I not supposed to look as good as these individuals I am supposed to look dirty. Ultimately, they want to reign over the money while making high end purchases for themselves and the keep up their homes. Newly Updated 3/20/18 11:42 A.M. I am told that Tarajl P. Henson has obtained

Update: 3/20/18

Omarosa Manigault Newman: Obtained one of my children through a kidnapping in a New York City subway. Omarosa stalked and harassed me once she discovered my awareness as to how she obtained my child. Omarosa hired street gang members to accomplish this task for her. Omarosa attacked me in a terroristic manner to harass me out which rightfully belongs to me which is this child along with the rights to the other children. I am told by a Whistleblower that she changed my name as being the natural mother's name which is actually my name in addition to changing the year which will reflect 1974 which is her birth year in order to reign over the proceeds from the Reproductive Research Study.

Senator Kristen Gillibrand

Desperate for help, I wrote a formal letter to Senator Kirsten Gillibrand informing her about this situation. In the letter to her I wrote about how the children were being mistreated and inflicted with No Doze, narcotics, force into prostitution and let out on the street homeless. My letter for was never answered. I am told she actually sent someone out to investigate my claims to the letter. When Senator Gillibrand found out about the money involved in respect to the proceeds from the Reproductive Research Study, she actually kidnapped one for her and is now benefitting from the proceeds. I still have not heard from her to this day. Please note: This letter was submit through her online server portal for constituents. It has been said that she has obtained at least one of the children and is receiving proceeds from the study however I cannot confirmed this for sure but what I do know is again she has not gotten back to me.

Updated 3/20/2018:

This update reflects newly discovered former Department of Homeland Security employees also involved in this scam. Linda Pritchett: who was a former Director for USCIS and Jill Coleman: who was a contracting employee for the Department of Homeland Security both are related relatives.

Lynette Pinky who formerly resided at 104-36 196 Street Apt 2C Hollis, New York 11412. is also involved in this scam and I am told that she had several the children in her possession which she later sold. Another unknown woman who goes by the name of Ursula who last name I do not know

however one of her addresses includes the first house on corner of 104th Avenue and 196 Street.

Attorneys involved in this scam are: Attorney who goes by the name: Special Hagan who resides at the corner of 196 Street and who was also intimately involved with Arthur Bonilia. Special Hagan assisted Teresa Mae Waldon, Patricia Staton and Arthur Bonillia with fraudulently manipulating the paper work to reflect to the names of those individuals who received the children through the kidnappings. I live diagonally across the street from Attorney Special Hagan who also has two of the children in her custody and is also benefiting from the proceeds from Reproductive Research Study while continuing to facilitate fraudulent paper work for others who come to her.  I am told that attorney David Pankin is also involved however I cannot confirm this.

I am sharing this story with you not only to expose the fraud but to assist me to locate them in addition to preserving their life span which will aid the medical research society to find cures for diseases in addition to further advancing stem cell research.  Kevin O' Leary from the Shark Tank (AKA Mr. Wonderful) totally lives up to the name Mr. Wonderful has assisted in the efforts by wearing a wire for Law Enforcement confirmed that my first daughter was actually kidnapped  and it was though his efforts that we were able to rescue her. Lastly, this could happen to you and what happened to me would be how you would have been treated.  More importantly, this lends to the credence of the Henrietta Lacks family claim.

Update 3/21/18

There is someone who goes by the name of Chief Bershire who seems to be at the helm of the fraud to distort the proceeds from the Reproductive Research study which was intended for me which is to be used for the care of the children. This person has stalked me and has slandered my name with words filled with hate. For example, she is drunk all day, her dog stinks when my dog is well manicured, her house is filled with rats and roaches, and she is bald which I am not .and lost another contract which is how I earn my living as a consultant. These words of hate have been spread throughout my community in addition to becoming a national hate campaign to destroy my character. My best guess for this behavior is to destroy my character and integrity where it questionable in reference to obtaining the children.  I do not know the true identity of Chief Bershire however I do know that he is someone who is very powerful.  I am told through Whistleblowing sources that Chief Bershire is someone who the individuals that I mentioned in this letter have all benefitted from the proceeds of the Reproductive Research Study through a personal direct access connection to them.

Taymar Braxton update:  A Whistleblower overheard a conversation between Chief Bershire and Taymar Braxton where she would she would manage the children while giving at least an eighty-five percent kickback back to Chief Bershire while she keeps the remaining fifteen percent. Keep in mind it must be profitable for her to up keep her personal lifestyle which means very little goes to the child.  According to the whistleblower, at least one of my children under her care was overheard saying that Taymar beat her in addition to anesthetizing to control her to the point where what happened to her would be unbelievable if she told someone.  Taymar Braxton also has a connection with Robert Lowe of Mount Moriah AME church which I mentioned above in addition to Teresa Mae Waldon. Robert Lowe paraded through my neighborhood advocating Taymar Braxton which turns out to become a national hate campaign.  For example: Taymar is the better to person to manage this make sure everyone backs her on this.  Why would he do this? The answer is that he also receives a kickback from the proceeds fueled and funding by Chief Bershire and Teresa Mae Waldon. The Whistleblower overheard a conversation between Robert Lowe and Teresa Mae Walden where the fifteen percent goes to Taymar.

Update: 3/21/18:

Candie Burress of Atlanta, Georgia who is a celebrity personality on the show the Real Housewives of Atlanta also obtained one of my children illegally through Phaedra Parks who as I mentioned earlier had an intimate relationship with Arthur Bonillia and is a Department of Homeland Security employee who obtained my personal identifiable information and gave it to Phaedra Parks who facilitated the illegal paper work for Candie Burress once the child was delivered by those who were responsible for the Human Trafficking portion of this scam namely someone who goes by the name of Frank who also has a law enforcement affiliation and who also had an intimate relationship with her.  Candie was overheard saying by the whistleblower in a message to Chief Bershire to figure out a way to let us get away with this. Porsche Williams co-star to Phaedra Parks who became a friend to Arthur Bonillia and who received one of my children by this association.  I am told that Porsche Williams by whistleblowing sources that Porsche accepted monies to care for this child just as a mentioned above. Instead of the money going to the child, Porsche used the money to fund her lavish life style.  I am told that Porsche was also very jealous of this child because of her uniqueness in regards to the study which lead Porsche to go on a mission to destroy her by beating and tossing her around like a disregarded rag doll when we all know that even a Rag Doll can offer love and friendship to a child. The Whistleblower overheard a conversation when asked by a co-star on the show where is the child Porsche's response I gave her to Taymar I cannot be bothered.  However, she elected to be bothered when she accepted the money and is still receiving a share even though she gave the child to Taymar.  This is just learned as I writing this message to email to you.  It is obvious that this situation is a lot bigger that I thought in respect to the involvement of Taymar.  Several individuals are saying and spreading the word around Taymar the money is still ours. I do not see how this is possible when it was not Taymar's DNA and Chromosomes who produce the children.  The DNA and Chromosomes that produce these children belong to me which has already been confirmed by the medical center for the Reproductive Research. These children came from my body. How can you constitute giving to

discovered that Candi Burress is actually trying to assist to ensure the right thing is done.

Karen Rountree: Approximately 12:00 A.M March 31, 2018 shouted from a vehicle underneath my window that there is nothing I can do about this situation. Karen Rountree also said that she Teddi Leblo (AKA Delaware), Arthur Bonilla, Andrea Beagle, Teresa Mae Waldon and Patricia Station changed the address whereby the official notification that was intended for me will never reach me. Karen Rountree also said we did not want too to receive it. Karen also said they hired 5.0 and 5 below to stalk and terrorize to frame me which attempts to frame me to frame the every would have an angle as to why I am not entitled to the monies from the Reproductive Research Study in addition to the children. This is insane since none of these individuals would ever be a positive match as it relates to DNA and Chromosomes. Karen also enlisted the help of the local Mail Carrier who delivers mail to my residence at 104-36 196 Street Hollis, New York from the St. Albans Postal Station to intercept any mail that may come to me in regards to the Reproductive Research Study. On several occasions, this Mail Carrier has motioned to her by Letter Carrying bag as to she received money from these individuals for her services. I have witness her in truck trying on earrings and bracelets while extended her arm as newly found wealth. I am told that this carrier has also obtained one of the children like the rest of these individuals. Karen Rountree also said on the date that I have mentioned also said Candi Burress is not going help you. This action by Karen was a form of bullying and intimidation to keep me in line. Ultimately, Karen said this because she overheard a conversation by me where I

Update: 4/7/18

What I have written to you is true. Special Forces are working this case both locally and federally. Through the efforts of Law Enforcement in conjunction with the many good Guardian Angels who came out to assist locally and nationally in any way they have done so and continue to do so. The children have also thank me along with law enforcement officials " by saying thank you this means no more on doze for us no more back woods for us. I must note that Teresa Mae Waldon and Patricia which is her mother both are known drug dealers What I am telling you is very true and is a known fact in Thomasville, NC Patricia ripped off a drug dealer in North Carolina who ran off the road and thought she was deceased in the auto accident the jaws of life was used to get her out of the accident and she survived. Both Teresa Mae Waldon and Patricia Station moved here and pulled off the same scam to another drug dealer here. Teresa and Patricia attempted to make me out to be the fall guy the theft of the NY Dealer who actually came passed my window and said this had nothing to do with you. Teresa Mae Waldon and Patricia Station stole fifty thousand dollars from me. In addition, Teresa Mae Waldon and Patricia Station have scammed many people who have come to me and said that they gave Teresa Mae Waldon money to buy into Reproductive Research any never received a dime of their money back. One woman telling out in mind that was crying profusely is said Teresa Doze and her money never delivered on the return proceeds. I am sharing this tip with you in order to spread the word so no else will be hurt or scam. I will continue to give you updates as I receive more information.

Update:

I am told that Joanna Gains of Waco Texas has visited the White House. I cannot confirm the date however I do know in fact that from the Whistleblower that she was able to obtained or scan the children through her association with both Teresa Mae Waldon and Arthur Bonilla who both went to Waco, Texas with the intent to sell stock in the Research Study to her. Once Joanna found that I was alive and well she went on tormented terrorist attack against. Joanna harassed me to the point which added more fuel to the fiery terrorist campaign against me. Johanna never met me but she said I was a home drunk which is far from true. She spoke about my hair which I mentioned to you which taken out by someone who paid to me the look in a bad light in addition to speaking about contract work that I am looking to land as a means to support my household. It was the Federal Government's greed and jealousy over the miracle that the Lord has bestowed upon me that they had to go to the lengths to try to destroy my life over something that did not belong to them which means something that was produced from my body. With all of this being said the most serious two over first three times due to the stalking on a search a rescue mission find my first born who was kidnapped over greed. I regret to inform you that at least two of my children did beat the odds of mortality due the fact they fell into to wrong hands for care as I mentioned the human trafficking factor. At the hands of Teresa Mae Waldon, Patricia Station, and Teddi Leblo is at least two of them are deceased. Life insurance policies are issue to the children. My two children who are now deceased were under the guardianship of human Traffickers Teddi Leblo along with Teresa Mae Waldon Patricia Station as I mentioned in the above paragraphs my children were given No Doze to stay awake and mickeys to sleep. Well, greed came over both Teresa and Patricia and they killed two of them. They also were one who benefitted from the proceeds of the insurance policies. The word around the community was how beautiful the funeral was for the children. The Whistleblower overheard conversations between Teresa and Patricia in terms of detail information about the life insurance policy along with modifications to Will which was stated as biological parents first. The both benefitted from the proceeds insurance side and will side.

someone other than me? In addition, how can you delegate them to anyone before the fraud has been cleared up? This just does not make sense but it does speak in high volumes of governmental corruption as I mentioned above. It also, speaks in volumes government kickbacks in the form political favors in addition to a means of obtaining personal wealth by elected officials. Those who are employees of the Department of Homeland Security who were involved are Teresa Mae Waldon, Arthur Bonilla, Cesar Cuni, James Hausle, Linda Pritchett, Jill Coleman, and Teresa Mae Waldon, Penny Metaxas along with outside scam extension Teddi Leblo OF Wilmington, DE Andrea Beagle of St. Albans, New York Please keep in mind that this corruption happened during the Obama Administration. I am sure that the Trump Administration is well aware of these corruptible offenses that took place within the Obama Administration.

Teddi Leblo (AKA Delaware), March 11, 2018 4:30 A.M.  I hear a women shouting from the top of the stairwell where my apartment is located "Chief Bershire is my man" Crazy but true especially when I do not know Chief Bershire.  AKA Delaware as I mentioned in the paragraph above enlisted the help of a Law Enforcement Official who holds a Chief title to stalk and terrorize me.  This form of terrorism went nationally.  The campaign for Delaware was filled with slogans like Delaware is a better mother in addition to slogan like Delaware is best for me.  Crazy but true especially when I do not know this Law Enforcement Chief. I was also informed by a Whistleblower that AKA Delaware accepted expensive gift cars and jewelry from rock aware as a buy in to the benefits of the Reproductive Research Study to other individuals.  Crazy but true especially when the DNA and Chromosomes were not those belonging to her.  The DNA and Chromosomes were mine. A whistleblower has said that it was AKA Delaware's order to throw my first born daughter from the same placenta as my other children born in Cayuga Lake in Aurora New York. AKA Delaware enlisted the help of Teresa Mae Waldon, Teresa Mae Waldon, Arthur Bonillia and Patricia for this task. When I began to receive information as to what was happening to my daughter at college near Cayuga Lake, Aurora New York, I went there to find out what was happening.  The drive there is a five hour trip from New York City. When Arrived she was already pulled from the lake by a good Guardian Angel.  My daughter appeared stunned and shocked that this happened to her however she repressed her feelings and put her best foot forward to complete that academic schools year. AKA Delaware , Teresa Mae Waldon, Patricia Station, Arthur Bonillia Cesar Cuni did this to her because these individuals thought that I had one of the children born from the same placenta of the Reproductive Research Study that it would prove without a doubt that my first born along with my other children born from the same placenta. This why these individuals attempted to murder her.  Crazy but true.  I continue to be stalked and terrorized by AKA Delaware and I mean this is everywhere I go.  A whistleblower has informed me that AKA Delaware along with Teresa Mae Waldon , Patricia Station and Arthur Bonillia has hired individuals to keep me out of work.  This is because I have a stellar background and these individuals wanted to look as bad as possible in respect to my character in order to reign over the money from the Reproductive Research Study.  These individuals began a national terrorist attack against me with slogans like she is drunk all day when I am busy trying to obtain work in addition to taking classes.  They also said that I have that I do narcotics when I am a saved Christian who never tested posted for any type of illicit narcotics.  The terrorist campaign also includes slogans like spread it everywhere she lost another contract. In addition, these individuals paid a hairdresser to take my hair out. According the Whistleblower AKA Delaware, Teresa Mae Waldon both were in touch with Senator Comerie in regards to this issue in addition has said that there is a direct connection to Robert Lowe, Sheila Maloney, and Sandra Smith of Montessori Progressive School Linden Blvd St. Albans, New York were benefactors received money from the Reproductive Research Study in addition to laundering the funds to other individuals Taymar Braxton who is close friends with Robert Lowe.

Taymar Braxton:  A whistleblower has heard several conversations with Taymar Braxton, Teresa Mae Waldon and Robert Lowe where they have said Taymar the money is yours. Crazy but True especially when the DNA and Chromosomes are not of Taymar Braxton.  Another conversation was heard by Taymar and members of what appears to be law enforcement. Where they have said Taymar you're cool and we will take care of the Melanie my first born what this means to cover two facts. 1. The cover-up of the Aurora, New York Incident. 2. As I mentioned in the paragraphs above, that if I have one child in my custody it proves them wrong and it proves fraud. In addition, Taymar one of the children that were placed with Taymar has beaten her. This was said by my child who also said Mom you are right about this I can hear what you are saying.

Fancy: Last known address 104-36 196 Street Hollis, New York 11412 Apt 4B. Has obtained my personal identifiable information from Arthur Bonilia in order obtain money from the Reproductive Research Study in addition to several other children whereby she like individuals are kicking back the proceeds from the money to Chief Bershire and Arthur Bonillia. I am told that when Fancy was asked specific questions as it relates to my background she could not answer the questions. I am also told that she could not answer technical questions as my background is technical. Friday, April 6, 2018 7:30 A.M. Chief Bershire yelled to fancy I have destroyed Tracey and the money belongs to us.  Way to go Artie. (Arthur Bonillia)) Crazy but true especially when the DNA and Chromosome does not belong to these individuals.  In addition, Fancy feeds several members of Law Enforcement who also have terrorize me who is also giving a kick back in reference to the proceeds from the Reproductive Research Study.

Sharee Whitfield was heard saying on April 6, 2108 (" Make sure the Smack Narcotics is free") as I mentioned these individuals are attempting to control them so they can reign over the money while having an excuse as why they were put out on the street.  Lastly Joann; who obtained several of the children by law enforcement who did not follow proper protocol during an active investigation.  I say this because they know that the DNA and Chromosomes belong to me which they could have ensure that the proper notification is sent to me,  However, Joann was hired by members of law enforcement where she gives them a kick back from the proceeds. Crazy but True especially when the DNA and Chromosomes does not belong to her.

Lastly, I am being Terrorize by Chief Bershire who yesterday said I have some sort of body odor in my private parts when I do not even know who this person is has never been in this person's presence.

Update 4/8/2018:

Joann: Joann as I mentioned obtained several of my children from a kidnapping whereby she was hired by members of law enforcement who hired her as nanny who she would give them a kick back. Joann has changed my name on the document as the natural parent just as the other individuals mentioned in the report.  I was also told that Rock a Wear put the children out on the street so they can be obtained by way of

kidnapping. Rock a Wear also worked with the Chief Bershire as a funnel along with Senator Comerie like Little Flower Children Services where they would receive a kick back.

Howard Jackson, NC worked to assist with resolving this issue. Howard Jackson through a whistleblower uncovers the IRS Agent involved in this fraud who goes by the name of Casey Lomax. The part of the conversation which is most alarming is when she said my first born daughter is now deceased in the back woods what next.

On April 8, 2018, 6:30 A.M. Arthur Bonilla was underneath my window who said Vanessa Bonilla is doing great with this which ultimately means he stole my credentials and used my name to obtained this while spreading the Reproductive Research study of the study to the Sheree Whitfield, Phaedra Parks, Hoda Kotby, Sheila Maloney, Eva Mendez, Teddi Leblo, Andrea Beagle in addition to FANCY all which he maintained intimate relationships with. Crazy but true especially when the DNA and Chromosome that were used in the study belongs to me. Arthur Bonilla has experience the over this topic and don't belong to him. He has said many horrible things about me to vendors that I work with and who I am trying to obtain work with in order to earn a living. Crazy but true. I do know why Arthur Bonilla thinks that he along with these individuals should benefit from the fruits of my labor which I produced naturally and vaginally when none of these individuals where there when I gave birth to them. Arthur Bonilla thinks that it is okay that I do not receive anything from the Reproductive Research Study but he and his rich friends are entitled because they are celebrities. It was Arthur Bonilla who worked with the Chief Bershire, Teddi Leblo, Teresa Mae Waldon and Patricia, Staton to obtain my personal identifiable information where that could obtain the money from Reproductive Research fraudulently using my name which Teresa Mae Waldon changed my name on the documents. Note: these individuals are mentioned in the above paragraphs

On April 7, 2018, I heard a male voice that I did not recognize who said that Sheila Maloney is giving a kick back to this individual. In addition, a Whistleblower allowed me to hear feed where one of my children has said Petunia who I do not know who this person is "Sister Maloney stole me".

These individuals that I mentioned throughout this letter all have terrorized me in addition to attack my character in the most horrible means possible. As I mentioned, formed a national hate campaigned in order to justify why I am not entitled to what my DNA and Chromosomes produced. I am the kindest person that anyone would love to get to know.

In addition, I know that someone who works for Bellmore Oil delivery service has obtained one of them. Moreover, a whistleblower has heard Robert Lowe say he purchased a new home with monies obtained from this scam along with others who purchased homes with the monies from this fraud. A Whistleblower has informed me that someone from the law enforcement community has purchased a new truck using proceed from the scam. I do not know how these truck this is but this is what I was told.

Update: William Burwell who I went to high school with was approached by Cesar Cunt, Arthur Bonilla, Teresa Mae Waldon who worked for the Department of Homeland Security who gave a kick back to him in exchange for his participation in the lies in addition his own terrorist attack against me. William Burwell has obtained several of my children while participating as a kick back funnel for Robert Lowe, Senator Comerie, Sheila Maloney and Sandra Smith. This kickback is in the form of money and the Human Trafficking of the children.

Hoda Kotby has attacked me also in a terrorist manner. A Whistleblower has brought feed to me when I can hear her and the Chief Bershire saying" let's ensure that she never receives another contract. We want her appear like a lazy type of person. Everywhere I go to seek work Hoda has contacted them asking them not to hire me. They both went on a tangent to my potential employers with the hate campaign in a terrorist manner with untruths in respect in respect to my character. I am actually a saved person.

Update: 4/13/2018

Phaedra Parks: A Whistleblower has capture Phaedra speaking in reference to keeping me without a job through a gang which she hired to stalk and terrorize me. Phaedra was overheard saying I am going to put her out of all of her friends so no one will help her. Phaedra was all over heard saying I took her money. Everywhere I go to seek work she knows through Arthur Bonilla who they offer money to so a potential employer will not hire me. Moreover, Phaedra is a RockAwear employee who is the second in command in this scam. Phaedra takes orders from RockAwear who takes orders from Chief Bershire. Arthur Bonilla, (AKA Delaware), Teresa Mae Waldon, Patricia Staton, Karen Rountree, Andrea Beagle, Sandra Smith, Robert Lowe, Sheila Maloney and the women who goes by the name of Fancy, William Burwell in addition to the others that I have mention are all involved with the theft of the money from the Reproductive Research Study in addition to the Children. RockAwear is in charge of delegating the children out to people who be reckless with the care of the children. Several were put on No Doze and other illicit narcotics as I have mentioned while some are put out on the street and left homeless. Moreover, at least two of the children have lost their lives due to the scam. A Whistleblower over heard a conversation where the ongoing discussion was that Rutgers University has obtained personal identifiable information that pertains to me. Rockaweare has a conection there. In addition, I learned that AKA Delaware and Arthur Bonilla and Patricia Staton hire a gang to set me up. Patricia Staton was overheard by a Whistleblower who said "Taymar you are nothing but the Truth. I could not figure out a way to put her out of that job. "These are roles that I am currently seeking to obtain. Crazy but true. They people have the money to buy people to attack me. The second part of the conversation

was a gentle telling Robert Lowe the money belongs to you. Another part of the conversation is from a gentlemen who has said that Fancy is the one who is doing the account management in terms of set-ups where the money can be transferred to other individuals. Will update once I have more information in regards to this system

I have all faith in law enforcement. They are doing a great job along with everything possible to assist with a resolution to this matter and I am very proud of them. KUDOS to them Way to go!

Update: 4/23/18

Phaedra Parks has access to change the biological information on the children. A whistleblower overheard Phaedra talking to one my children. My child asked Phaedra why she could not be with me. My child continues to say my mom is Chief Technology Officer. Phaedra tells the child I already changed your background that is not your parent any longer.

Barack Obama who I just found out is the Chief Bershire who is at the helm of this scam. Barack was well aware of the Reproductive Research study along with the success which from my DNA and Chromosomes produced all my children. Instead of him reaching out to me directly, he reached out Teddi Leblo who we know is AKA Delaware who he gave her access to the children in addition some of the funding with the other portion going into his pockets. Barack also carryon an affair with Teresa Mae Waldon who was also in an affair with Arthur Bonillia who collectively orchestrated that terrorist campaign to push me out of what rightfully belongs to me. This equates to all my children in addition to the funding from the Reproductive Research Study which is intended for their care. Barack enlisted Teresa Mae Waldon and Arthur Bonillia to obtain my personal identifiable information school records and diplomas which were used to obtained the initial documents from Reproductive Research Center which was later altered to reflect the Teresa Mae Waldon. It was Barack who ordered AKA Delaware, Teresa Mae Waldon and Arthur Bonillia to stalk and harass my eldest daughter Melanie Bennett while at college in Aurora, New York. Barack wanted Melanie and me out of the equation since that will prove beyond a reasonable doubt that I was the mother who produced her along with her siblings. They were born from the same placenta. Barack and Michelle ordered to have her inflicted with narcotics in addition to having her hung and thrown in Cayuga Lake to be left there deceased. This plot was foiled as a whistleblower sent me a signal to get there quickly. I made it enough time to foil the attempt in addition to the attempt where she kidnapped and was found by a good Guardian Angel from law enforcement and myself who rescued her. Barack as I mentioned is in affair with Teresa Mae Waldon who is a known Prostitute, Purse Snatcher on a domestic and international flight in addition a chain snatcher to a man with one week of life to live and lastly an Adult Film star continue to harass me in respect to how I earn my living the good old fashion way has harassed and continues to harass me. Barrack put out an order to have my hair taken out so I would appear as though I am narcotic inflected as Teresa Mae Waldon thought would be a good ideal in addition to giving them upper advantage in terms of keeping me out of what rightfully belongs to me. I have an accomplished Information Technology Career with spans over a fifteen year period. Teresa Mae Waldon as I have mentioned is in an affair with Arthur Bonillia too hated the fact that I have an accomplished career so what does Barack do to show his love for her. He put an order out which was overheard by a Whistleblower make sure she never receives a contract or any other type of employment. Crazy but true. Arthur Bonillia in addition to Patricia Staton goes through the same extent of harassment to railroad my career in order to keep me in order cripple my chances of moving to a better place to live with more space. These two individuals stalk and call every place that I go seeking employment and offer money exchange for spreading negative reporting as to why I was not hired. For example, she came to an interview with a dirty shirt on which was not true and she took her teeth out during an interview which is totally not true. I have plenty of teeth. Crazy but true. I have heard myself by way of feed from a Whistleblower where Barack said Ha-ha Teresa she lost another contract today.

Phaedra Parks has stalked harassed me at the order of Barack. Phaedra is the person who was enlisted to destroy my career in addition to my character in addition to Rock a Wear in charge of delegated the children to his political favors as I mentioned in the beginning paragraphs. Also, Barack is or has been intimately involved with AKA Delaware who has accepted gifts and money in exchange for rights to my children who her and Barack turn something so beautiful as a miracle the Lord Christ and Savior has bestowed upon me. John Bennett who is the other half of the DNA and Chromosomes is not having the problems that I am having with these individuals as far as I know he is benefitting I do not know if they bribe in or not. I my case it is surely about Jealousy hate and greed. P.S. I am told that my child that is with James hausle is ordered to not to wear clothing in his household. She has to walk around the home naked. I want this removed and returned to me along with every single one of them. Please help me to locate them as I would like to obtain each and every one of them. Any assistance that you can provide is greatly appreciated as the stalking and harassment in addition to the terrorist acts committed that I live with daily must end. More importantly, please assist me with the preservation of the lifespan of my children as each one is a miracle sent from God. Please assist.

Update: 4/25/18

I was informed late last night by a Whistleblower that Candi Burress of the Real Housewives of Atlanta has obtained monies from the Reproductive Research Study. The Whistleblower overheard her say I took her money. In addition, I am told that Mimi Faust of the Love and Hip Hop Atlanta has obtained money from the Reproductive Research Study. Two facts that I forgot to include is approximately a month in a half ago two women rang my door bell at 104-36 196 Street Apt. 6D Hollis, New York where I have lived for almost one year. The women said that they were looking for Melanie Bennett which is the same name of my first born child. I asked where they were from. Their reply was: we are from the Committee from the Early Childhood Education Center and they were looking for Melanie Bennett. I asked them for credentials which

show the Early Childhood Education Center located Jamaica, New York. I asked why are you looking for Melanie. They pulled out a folder with a couple of papers inside which appeared to be a roster listing of children that they were looking to enroll into their program. When I asked for a closer look at the paper the address that was listed on for the same apartment however opposite side of the building same apartment number 6D. The address is 104-25 195 Street Hollis, New York 11412. I asked what the age of Melanie Bennett is and they replied three years old. They wanted to make an introduction for recruitment for Head Start September 2018. I pointed out to them that the address was not the same as where I live and the address that they were looking for is around the corner. The second thing that I forgot to mention is that I moved here from my former address located at 183-11 Hillside Avenue Jamaica, New York were both Melanie and I lived together for approximately one year and half years. We had to move from that location because Arthur Bonilla one of the people who was one of the people who I mentioned who stalked me and terrorized me to lose my contract job after I was told that the contract would be renewed by my employer at the time. Arthur Bonilla caused me the issue. Someone called someone the next I knew I was out of work. Both Melanie and I have no other options but to move here with Saphis Dingle who is my father however there had been some speculation that he is not my biological father and as much as I regret to say this he was involved to what extent is unclear to me at this time. Anyway that's what had been said and we never did any formal testing. It is my belief that he is well aware of this situation which I mentioned above. Both Melanie and I both resided at 9908 199th Street Hollis, New York from 2005 to 2010 which is next door to Casey Lomax who is the person that I mentioned who is an IRS employee. Please help me to locate them as I would like to obtain each and every one of them. Any assistance that you can provide is greatly appreciated as the stalking and harassment in addition to the terrorist acts committed that I live with daily must end. More importantly, please assist me with the preservation of the lifespan of my children one each one is a miracle sent from God. Please assist. Lastly, I forgot to mention that my first born daughter Melanie Bennett is being stalked and terrorize in addition to myself. They are stalking her because she is a victim and a witness to the events that transpired in Aurora, New York. Please assist Update: 6:57PM Barack says to Teresa Mae Waldon she lost another job Teresa the Single Lady said it. Ultimately, Barack is undermining my employment opportunities so I would not be able to obtain better housing where I can obtain each and every one my

Little Lambs.

Update: 4/27/18.

Barack is over heard by a Whistleblower in a conversation with Phaedra Parks were they made reference to the Department of Corrections to get them board. At this point I think we should check both State and City. State Department of Corrections are were both Dennis Michael Glover and Jill R. Coleman are employed and who both have received parts of the stolen money of the Reproductive Research in addition to having my children in their custody. I am told that Agatha Steward a former Department of Homeland Security employee has received monies from the Reproductive Study and has a least two in her custody. It was Agatha Steward who sought out William Burwell who I mentioned in the above paragraphs for a bad behavior. William Burwell said that I was a drug dealer. William Burwell's statement was spread all over the Department of Homeland Security as result I was not picked for next round contracts. If the Department of Homeland Security would have done their Research Properly they would have found that during the time of William Burwell's accusations I was married within that time frame in addition to have taken and passed a TS SCI Full poly scope for Brown Brothers Harriman and Company where I worked for ten years. Several of my former colleagues from Brown Brothers Harriman has obtained access to the children along with the funding from the Reproductive Research study from Teresa Mae Waldon by a former colleague who worked with me who goes by the name Terry Hargrave who moved to High Point , North Carolina where he met Teresa Mae Waldon. Through the Whistleblower feed, a conversation was overheard where Barack is speaking to Aggie Tiseng who I mentioned in the above paragraphs which he said to her "the dough is now yours". A second conversation was overheard by Barack with another former Brown Brothers Harriman employee where he thank her who goes by the name of Susan Loftus. I believe Susan Loftus turned down this offer. The Whistleblower also overheard a conversation by Arthur Bonilla who said that he took one of my children down by the name of her and put her out on the street narcotic inflicted. It is my strong belief that my child who goes by the name of Michelle is now deceased at hand. The Whistleblower also heard Arthur Bonilla chuckle like a devious laugh they will never believe I did that to her. The Homer Boys of Cayuga County, Aurora New York is responsible for the kidnapping of my eldest daughter Melanie which I found with the help of law enforcement which I mentioned in the above paragraphs. The Homer Boys were hired by Teresa Mae Waldon to carry her kidnapping. The Homer Boys was ordered by Teresa Mae Waldon locate her at her new school in Connecticut because she is victim and witness. In other words they wanted her deceased. Teresa Mae Waldon did not pay the Homer Boys for their services and they came down to the NYC area looking for Teresa Mae Waldon. Barack approached Rock & Wear in addition who the street is calling the Rich Bitch to finish the incomplete job by the Homer Boys, Whistleblowers are saying I can believe the Rich Bitch could do such a thing. I am also told she was the one who stalked and attacked her. This morning through the Whistleblower, we hear Robert Lowe in a conversation with Senator Comerie where Robert Lowe who saying to him it's the chain smoker's money but I not giving it back. Senator Comerie has received text messages from Teresa Mae Waldon in addition to Patricia Staton in reference to meetings in respect to filtering the money along with the children throughout the community. Those involved with this action are Robert Lowe, Sheila Maloney, Tamar Braxton and Sandra Smith who I mentioned in the above paragraphs. This morning as I walked to the Supermarket some yelled out to me you better not ..ck" with Senator Comerie it was my death threat warning. I am also being told that a lady who goes by the First Francis who lives or resided on the block of the St. Albans Post Office left side street opposite of Vacant lot going towards 114th avenue. Please help me to locate them as I would like to obtain each and every one of them. Any assistance that you can provide is greatly appreciated the stalking and harassment in addition to the terrorist acts committed that I live with daily must end. More importantly, please assist me with the preservation of the lifespan of my children as each one is a miracle sent from God. I am informed by the Whistleblower who overheard Patricia Staton who as I have

mentioned order someone to take one my children to the backwoods. Please assist as time is of the essence for their survival  a few of my children being held captive. Together I know we can do this.  Your assistance is greatly appreciated.  Each day I pray for their survival along with this letter is being read. There is another gentleman who goes by the name of Stewart who has worked at Fordham University and Bronx Lebanon Hospital with a direct connection to Robert Lowe is also involved.

Update 4/29/18:

4/27/18 a feed from the Whistleblower captures Barack saying "could not figure out how to ruin her background." Barack goes on to say "I paid someone to take her hair out." Barack goes on to say "I hired Robert Lowe of Mount Moriah AME Church to stalk and terrorize her" Barack says "they are spreading around the neighborhood that she is drunk all day and that she is narcotic inflicted." Barack says "tells Rock A Wear to make a dope addict out that kid" Barack goes on to say I am not done until I make a dope addict out that kid. "Barack talks to Jesse W. Pait Jr.  Mr. Pait replies I will do whatever I can do for you Chief" Barack on a separate occasion which the Whistleblower over hears Barack talking to Teresa Mae Waldon where he says "Teresa I got to thinking about the Baby" I believe she was pregnant or is pregnant with his love child.. 4/27/18 Barack says " Hoda  Kotby the dough is still yours" On separate occasion the Whistleblower over hears a conversation between Barack and Fancy where Barack Says to Fancy " Remember to leave you backdoor unlocked for easy access when I come there"   4/29/18 Arthur Bonilla says " Teresa Mae Waldon just bought a new home with her money"  Aggie Tsang receives two more of my children today 4/29/18. Barack says on 4/27/18 " Teresa Made a dope addict out of that kid for me." It was Teresa Mae Waldon who changed the name on the document from mined to reflect hers to reflect hers. As I mention, Teresa Mae Waldon told someone that I was deceased in addition to my daughter .  Barack says " I am not going to stop until this money is all gone.   Barack is counting on five O to assist him with pulling off this scam.

I have all faith in law enforcement and truly believe they are doing a great job along with everything possible to assist with a resolution to this matter. I am very proud of them. KUDOS to them Way to go! Any assistance that you can provide is greatly appreciate it.  On March 29, 2018 I was contacted by Takesha Bartley Human Resource Specialist at the Federal Home Loan Bank located at 101 Park Avenue New York, New York 10178 in reference to a Senior IT Risk Controls Analyst Position that was available there. Ms. Bartley and I discussed my background as it relates to the role. At the end of the conversation, Ms. Bartley said she would forward my resume to the Hiring Manager and if there is interest she would be back in touch with me.  Friday, March 29, 2018 Takesha Bartley telephoned me to schedule an interview with one of the Hiring Managers who goes by the name of Jessie.  The interview with Jessie was schedule for April 4, 2018 at 10:30 A.M.  April 4, 2018 10:30 A.M. I met with Jessie. We discussed my background in addition to the company and the role at hand. I asked Jessie if there is anything in my background that you might find questionable going forward toward the next round interview. Jessie replied 'no" I would like you to come back to meet with my Manager. Takesha Bartley contacted me on 4/6/2018 to schedule an interview with Mr. James Boyle who is Jessie's manger. The interview with James Boyle was schedule for 4/11/2018 at noon. I arrived fifteen minutes before the interview and waiting in the lobby for Takesha Bartley to escort me to the meeting room to await Mr. Boyle. I thanked her and took off my coat and Takesha Bartley replied Mr. Boyle will with you shortly.  The meeting was glass based structure which means if you are sitting in the room you can see out clearly.  Five minutes later Takesha Bartley enters the room. Takesha Bartley looks at me and says "they fucked you up this" I was shocked and did not know what she meant by that statement. I did not respond. Takesha leaves the room as she thought Mr. Boyle was coming. Takesha Bartley remained outside the room. Takesha Bartley was on angle outside the room where she thought I could not see or hear her. I overheard Takesha Bartley say, "I am waiting to for Arthur Bonilla to give me some and bring the money" As Mr. Boyle approached the room, I can hear say to Mr. Boyle she is there await you.  The interview with Mr. Boyle ten minutes or less. The questions were telling me about you. The second question was about Third Party Vendor Risk Assessments which he said should not be covered as an enterprise Risk Management function.  I replied "Third Party Vendor Risk Assessments is in fact a covered entity for Enterprise Risk Management.  If were are allowing Third Party Vendors onto our infrastructure to perform services for us, then our policies should outline the risk of the service and what mechanisms we have in place to reduce the overall risk if impacted an event or incident. Mr. Boyle said "I have another meeting to attend.  Mr. Boyle replied "let me show you the way out." When we arrived at the lobby exit, he replied "get out" On other thing that I forgot to mention is something he said during the interview.  Mr. Boyle said "that their Information Technology Team is performing this function. I was shocked when said this because industry standard states IT Risk Management and Governance should be a separate division from Information Technology. My mouth became a little dry and I swallowed.  When I arrived back in my neighborhood, the stalkers and terrorist were there to greet me. "Takesha shamed you." These are ongoing statements everywhere I go including to my peers in the Cyber Security community.  This interview was part of the scam. I knew it when she mentioned Arthur Bonilla who the whistleblower discovered she in facts knows him.  This was a calculated act by Arthur Bonilla along with Barack who says she will never get another contract anywhere.  The Whistleblower overhears Barack who applauds Takesha for ruining my background.  This is not Barack's DNA and Chromosomes which produced my children. This money from the Reproductive Research study belonged to me which he stole. Two other things I forgot to mention feeds that came from the whistleblower. The first is Barack says "haha" Fancy believed me. Barack also says "got Fancy to scam Mr. Dingle for me I am receiving a few feeds from the street that William Burwell was trying to help. I know whether this is true or false. I have all faith in law enforcement and truly believe they are doing a great job along with everything possible to assist with a resolution to this matter.

Update 6:49 A.M.:  I forgot to add what went around my community in addition to my peers in the cyber security industry. Takesha Bartley says "She took her teeth out during the interview" No one wants to talk to anyone without any teeth" She came to the interview with dirty hair and dirty clothes which far from the truth.  The whistleblower overhears Arthur Bonilla and Takesha Bartley talking and texting each other.  The

Whistleblower over hears ad conversation with a gentlemen from the Rock A Wear camp "who says Tamar Braxton sells drugs for them. The Whistleblower captures a conversation from a gentlemen from the Rock A Wear camp who says we " took care of the Top Cop again". Who is also connected to Teddi Leblo AKA Delaware. Last night, the whistleblower says " Chrissy Tiegen took a large amount of money which belongs to me allotted by the Reproductive Research Study. Lastly, I have gone to the EEOC in reference to Takesha Bartley's treatment toward me and granted me the right to sue. I am very proud of them. KUDOS to them Any Way to go! Any assistance that you can provide is greatly appreciated.

4/30/18 Phaedra Parks says "I am going to make a dope addict out of that kid. Phaedra is speaking to someone who goes by the name of Heavenly from the reality show married to Medicine. One of my children comes into to room and says "my mom is a dope addict. Please help me" What I have mentioned has come from the Whistleblower. 5/1/18 The Whistleblower captures one of my children saying "Stevie J from Love and Hip Atlanta has me. 4/30/18 one of my children says "I am tired of Mrs. Pennsylvania. She likes to talk about people" I believe this Cindy Murphy who last address was 104-36 196 Street apt 3f Hollis, New York. 4/30/2018 The Whistleblower captures one of my children who said that she is in Danbury, CT 5/1/18 I walked to a place where I do banking. I was at the corner of 196 Street and 110th avenue the opposite end of the street corner would be 195 Street. A man who was driving into his driveway close to 115th street corner yells out of his driver side window "your oldest kid is a smack addict". This just like I mean has it of the essence. They are inflicted them with narcotics to control them along with the money. This is an excuse use as why they ended no up on the street. As I walked along Farmers Blvd in St. Albans Queens, several people who I passed on my way passed me in cars "yelled out your oldest daughter is deceased. She smells already". Patricia Staton says "That kid is dead she would live to verify it which means testify it. 7:45 PM I am listening to PU and I hear someone say Michelle the oldest kid is deceased. The Superintendent in this building has something to do with this also. I believe he is aware to tenants who are hiding them out in addition to kidnapping them for a profit. There is also something going on at 104-36 196Street which I believe is where Patricia hides out. I have called the police in this apartment as I have heard children in distress there. I have saved several of my children who were kidnapped and brought to this apartment. I believe that Patricia gets a tip that the police are coming and the kids manage to escape in the frenzy. Several occasions after the police have come and gone. People will yell from cars you save her. This is not one child but several. I ask you to please assist. This is a life or death situation that my kids are in. Time is of the essence. Please assist. P.S. just added I am told that Takesha Bartley has obtained one of my children as a setup. Then I am told that Ms. Bartley kidnapped the wrong kid. This is what I am told.

5/2/2018: I forgot to mention that Karen Rountree's Father Ralph Roundtree Stalked me on April 25th 2018. I was walking along the Van Wyck Expressway exactly in front of Jamaica Hospital heading to Spectrum Cable to return a cable modem box. When I look at the traffic, I see Ralph Roundtree in this vehicle. I thought nothing of it. I continue on to Spectrum Cable to handle my business there. On my way back I took the E Train to Parsons Blvd and Archer Avenue. As I am walking down Jamaica Avenue, Ralph Roundtree yells out of his vehicle at me, "We had to say you live with east and reaches. Your backgrounds was good. Yes jealous of you too". 1:00 A.M. this morning a feed came from the Whistleblower "gentleman says "Teresa Mae I changed your background around. I could not bypass my kitten. The money is yours". "Then under his breath he says this is way to pay for her" The next sound capture is from this same person who says" Stevie J the dough is yours. You have a nice setup there. The same person is captured saying "Vitiligo who is Rosemary Bennett the Sister of John B. Bennett who is in a relationship whereby we gave birth to the kids." Vitiligo the dough is still yours". I do not see why when this is not any of her business" This belong myself and John B. Bennett. "Ultimately, this gentleman is pulling money out of the system as Vitiligo is paying him a portion through a kickback. This person is Donald Trump who we have also heard him say to Karen Rountree your life will be a bit easier now". The feed also brought in the wee hours of this morning approximately 3:30 A.M. a gentleman says " good job Teresa Mae, nice work you made a smack addict out that kid" I believe they were referring to my eldest daughter Melanie who is the victim in Aurora- New York. We also capture Teresa Saying "I going take care of that kid. She will never live to write about it." Frank is going to help take care of that "Frank is the person that I mentioned in the previous paragraphs, I am also told that Mark Cuban helped to steal money from this system Cuban work along with Teddi Leblo who we have seen also in affair with. "The sound feed captured on going conversations with Teddi Leblo AKA Delaware" Keep this as a gift" say you found it" Another person who attacked me in this scam is Shaquille O'Neal who we also captured saying "Smarty Joe's money is now mine. Shaquille O'Neal also stalked and attacked me. "I believe in the beginning of his involvement he was looking for the person who stole his money. That person would be Arthur Bonilla where a feed was picked up of Shaquille O' Neal who says Arthur Bonilla feeds me. I am not sure if Shaquille is aware of this or not but Arthur Bonilla was the one who stole is money by befriended his ex-wife Shaunie. I forgot to mention. At approximately, 4:00 a.m. this morning, Patricia Staton says" I made another smack addict out of another one of them. There is not enough Methadone Clinics to handle all of them in this city. Patricia Staton is referring to my children. On April 30, 2018 I went into the 103rd precinct to obtain a report which I filed in regards to the ongoing harassment by Patricia Staton the complaint number is 2017103197Z. This report also makes reference to Patricia Staton and Teresa Mae Waldon. As I am walking out of the room, the PAA says "I am doing what I can do for you Karen" I looking forward to the money". 5/1/2018 I am in a MCU branch located on Springfield Gardens. I took care of my banking out as I was walking out I, an employee (tall African Amrican Women who was working the Service Desk say" I don't care. I am waiting for Teresa Mae to bring me the Money" "5/2/2018 The Whistleblower captures feed of Barack saying " make an addict out that kid " he goes on to say " spread it everywhere Mrs. ,B is drunk. This is a nickname the neighborhood kids gave to me because my daughter who I gave birth to natural along with the rest of my children. Barack goes on to say "The money that is in the New York State unclaimed claimed funds account does not belong to me". The name is Tracey Bennett but there is something not right that. I am told that this money was forwarded to the state. I am told that Mayor DeBlasio has scanned the document. The money from the Reproductive Research

belonged to me.  Several people purchased homes from what I produced naturally from my body. Everywhere I go for help, somehow those scammers are able to beat to me it. Today, I am copying Attorney Thomas Lancia on the email because he could possibly represent me on the EEOC charges that I have mentioned above. Lastly, I mentioned Teresa Mae Waldon was the one who changed my name on the original documents.  However, I do have the document with the government seal which is the beginning for each and every one of my children. As I am sitting here at my window it is now 7:50 A.M. someone yells out Francis Lanza has her. I believe this is the Attorney who was going to assist the Henrietta Lacks family when Henrietta's cancer cells are the source of the Hela cell line which is the first immortalized cell line and one the most important cell lines for cancer research.  Any assistance that you can provide is greatly appreciated.  Please assist as time is of the essence. Update: I believe that one or more of my children attend Elementary Middle school located on Springfield Blvd and Merrick Blvd in located in Springfield Gardens, New York.  My writings here are as I mention are writing as I find new discoveries in the case. I will continue to update as I learn more about this case.  Any assistance that you can provide is greatly appreciated.  Please help me save the lives of my children.

Update: 5/3/18:  Update: 5/3/18: I have just learned through the whistleblower that President Donald Trump has actually been assisting not only does he hold the title of the President of the United States but undercover investigator too.   Way to go!  President Donald Trump is actually helping. I now understand his actions.  We are now making some progress. I can feel it in the atmosphere. Please anything you can do to assist me with obtaining each and every one of them would be greatly appreciated.   Please do not stop the help just because President Trump is working to assist.   This has to be a joint task effort I am very proud of the work that Law Enforcement is providing. The assistance of Law Enforcement here is stellar and they are the nation's best.  I have to mention are people in the community who are actually helping out and they should be commended for their assistance which is stellar and commensurable those in law enforcement.  I will continue to update as I receive more information.

Update: 4:11 P.M. 5/11/18 please help time is of the essence. The children are in danger.  I thought President Trump was on the right side of this. I can inform you what I stated in the paragraphs above is true.   The Whistleblower states that Patricia Staton has beaten one of them severely.  Please, Please, Please assist.  The whistleblower says that Patricia Staton has said "Delaware the dough is mine now." James Hausle update: James Hausle continues to keep my child in home naked meaning without any clothes.  Neighbors heard my child screaming after a beating giving to her by Mr. Hausle.  I am also told that my child is sick all the time and Mr. Hausle and his wife refuse to seek medical attention for her. I will continue to update you. Lastly, I mentioned the some people in community are on the right side of this situation however I regret to inform you that it is only a small few. The majority which I call the Home Owners Association has taken bribes and is responsible for putting the children out on the street narcotic inflicted. These are the individuals who stalked and terrorize me in addition to the others that I have mentioned above. The whistleblower says Rock a Wear stole the dough along with the Rich Bitch as they call her you're even richer because of her which means the money that has been stolen from the Reproductive Research Study which was intended for me to care for my children. Lastly, I am told the President Trump was delegating the money to someone else. Wendy Williams from the Wendy show is involved through her friendship with Robert Lowe of Mount Moriah AME Church. The Whistleblower hear Wendy saying "Robert=Robert Lowe Chief Bershire says we can make a smack addict out of another one of them. Please, Please, Please hurry. I know you can do it. Please hurry.  Chanda a Department of Homeland Security Employee also has at least one of them along with Margaretta Davis who I mentioned in above paragraphs are seeking to make addicts out of them as well. 7:30 P.M. 5/3/18 a women who looked to be in her mid-thirties cooper colored hair is sitting in her car and talking on the phone saying "Teresa Mae needs some smack' Can you get it for her.  5:05 P.M. Chief Bershire says' Good Job Teresa. Mrs. B is powerless.  PLEASE, PLEASE ASSIST it is very hard for me to fight these people because of their wealth and newly founded wealth which was money belonging to them for the care... Update The Whistle blower says the Chief Bershire is saying that I bought another Crack Pipe.  I do not do drugs at all.  I am saved and a practicing Christian.  Please, please find in your hearts to assist.

Update 5:32 P.M Chief Bershire says" Mrs. B which is me would never believe how rich she was until I messed her up. "Chief Bershire says to Arhtur Bonilla she will never receive another contract after that" Great job Artie.  Someone who goes by the name Angie has one of my children. Sandra Smith of Montessori has obtained some of my children along with the funding from the Reproductive Research Study through her friendship with Senator Comerie.  Sandra Smith is known for fraud. Sandra Smith stole over 100k from her former employer The Queens Botanical Gardens located in Queens, New York and was order to pay restitution for the money that she stole.

Most Important Update 7:53 P.M. 5/3/2018 President, Donald Trump said "Let's poison her Domino's Pizza. " Let's find a rope to string her up" he then talks to Karen Rountree "I ruined her background and lowered it" Barack says "Teddi Leblo aka Delaware is better for it.  Well, if she was so much better for it then why wasn't her DNA and Chromosomes used. I will tell you why because they wanted that kickback from the grant. Barack is spreading around that I have a tumor which I do not. This only proves that he went through my medical history and found that I had a cyst that was caused by not draining my breast after giving birth. I am told that Phaedra Parks has complete access to the grant account from the Reproductive Research study where she is funneling the money back to Barack and Donald Trump. Each of the persons that I mentioned above received it from Barack while keeping it running through Donald Trump.  Time is of the essence.  Please assist quickly.

Update: 2:49 A.M. 5/4/2018 Whistleblower: Barack is talking to Karen "Michelle must get by with this. Find someone in five below to mess her up.  Melanie must die.  Barack goes on to talking to Patricia "good job" Whistleblower overheard a group conversation.  Five O (Law

Enforcement) make sure Melanie does not survive. Michelle Obama must get by with this." As I mentioned Melanie is a surviving witness to what happened to her in Aurora County, New York. Barack says "Dial Gold's dough now belongs to me. " This means the money from the Reproductive Research Study. Barack says "Teddi looks better than Ms. B. I am AKA Dial Gold and AKA Mrs. B. Hoda Kotby says " make sure Melanie is sick every day" Barack " says ' take care of that cigarette Jay" Barack and Michelle hired Teddi Leblo aka Delaware Karen paid members of Law enforcement to set up Melanie and myself. Thank God for the Whistleblower for providing this information to me. Barack says "Vitiligo" aka Rosemary Bennett who is John B Bennett's sister "Vitiligo has given John some of the money already." Vitiligo is also paid bribe money to law enforcement. Since my hair looks great " Barack says " let's mess up her hair again" The Whistleblower says My name was on the list of people who the Reproductive Research Center was look for in reference to matching the children to their rightful parents which is myself and John B Bennett. I cannot believe John and Rosemarie Bennett brother and sister would do such a thing to Melanie especially John who is the father Melanie in addition to the rest of my children. I have never received an account or password of the system which they are taking this money from. What I know is my name is on the list and Reproductive Research Center found me. I am still very proud of Law Enforcement they are doing a fine job despite the fact that a few of their colleagues have been hired by Barack and Michelle Obama and Donald Trump to assist them with Killing my daughter Melanie along with doing everything in their power to make me look bad.

Update: 7:21 A.M. Whistleblower over hears Barack saying "again" this kid does not live to testify for this. Well, unbeknown to him. It was someone of his own law enforcement employees who rescued and saved Melanie. Barack has the whole nation after his kid side Melanie. Many people lost money in this scam and ultimate Barack Obama was the one who stole their money. Word has come into in regards to the officer who goes by name of Frank has been hired by Teddi Leblo AKA Delaware to cause the demise of my daughter. The Whistleblower overheard Barack who said "Jay take care of that cigarette for her" The Whistleblower also overheard a conversation where Barack says to "Christina the dough is still yours". The Christina that he is referring to is Christina El Moussa. This explains her connection to Teresa Mae Waldon along with the conversation between Teresa, Christina, and Tarek about moving the money around at Citibank. Whistleblower overheard Barack who says she will never live to write about. He is referring to Melanie. Again, unbeknownst to Barack as I mentioned it was members of his own law enforcement team who came out to help this kid survive. As I write this moment 7:54 A.M. we can hear Barack who says "I have new a brand new life because this means that Barack was the one behind the stolen money that was intended for me by the Reproductive Research Study. I am told that a few of my children have been obtained by the Restaurant 43 Elena located on Francis Lewis Blvd close to Hillside Ave has obtained two of them through their conection with Arthur Bonilla. Someone yelled up at me "The Top Cop set you up." I am also receiving information that he has already been harmed. I cannot confirm that as of yet because I have not spoken to as of yet. Any assistance that you can provide is greatly appreciated. This is not a laughing matter as I hear some folks laughing about it. I do not wish what is happening to me on anyone however it could have happened to someone else. Barack and Michelle Obama would have treated them in the same manner. Today, it is me. Tomorrow it could happen to me or one of your love ones. Someone is informing Michelle Obama that I am still writing. You bet I am. I am not going to let them get away with this. Any assistance that you provide is greatly appreciated. As I mentioned, there is a fine law enforcement team who is working this case who are true to their occupation. Please assist.

Update: 5 /4/18 Barack says "Fancy you will get by with this. "Mrs. Bennett cannot make it out there." Out there means the University of Bridgeport" He continues to say "now is a good time to her demise." Please, please assist.

Update: 5/5/18: 5/4/18 I mentioned in the above paragraph update 5/4/18 that my name was on the list of possible people who DNA and Chromosomes could be the matching set for my children. I have mentioned in the same paragraph that the whistleblower overheard a conversation that captures Phaedra Parks and Teresa Mae Waldon were changing my name on the document on 5/4/18. Last night at approximately 10:00 P.M., the Whistleblower captures Phaedra Parks who says outright "They now know that I changed that I am no longer rich". The name she changed is mine. 5/3/18 Spectrum Cable came to residence for an internet service call. The field service technician's name is Garret. Garret tested my internet service wire with a continuity tester at my formal desk located in my front apartment foyer. The continuity test recorded no signal issues. Garret suggested that it must be an issue with the laptop. I happened to disagree since I wiped the laptop disk clean which means the laptop was restore to an original store bought state. I have run multiple tests on the wireless adapter card which states the adapter is working properly. I also mentioned to Garret that I had a problem viewing two channels on my cable box which were 23 the investigation Channel and 71 which is BBCA. I escorted Garret to the Living Room area which has the television Cable box is located. Garret witnessed that problem with these channels were he made a determination that the issue is with the cable box. Garret tells me that he has a cable box in his truck and he will go out to the truck bring it in and Tinstall it. When Garret came back in, I escorted him back to the television where the cable box is located. I left Garrett alone for a second while he unpackaged the new cable box to log into my laptop. Garret installed the box then tested the channels 23 by 71 which proved to be working without any issues after the install. I thanked Garrett for his service and he left. In the earlier morning hours today, the whistleblower overhears an unidentified gentleman who says: "Garret your money is on the way" Garrett snapped a photo of a couple of bags of clothes that were in garbage bags placed along the right side of the living room which belonged to my brother who would be getting rid of them once he came back. My brother is far from the nearest person in the world. This Photo was given to Teresa Mae Waldon who shared it with Barack. Barack says "Teresa this is just the photo that we need for court" This was overheard by the whistleblower. When Barack mentions that "this is photo we need for court which means the cover up of two things. First, I am told that Teresa Mae Waldon is a true student. Patricia Staton is the mother Teresa Mae Waldon in addition to being my half-sister. Patricia Staton was born from the same mother however we have different fathers. Patricia Staton gave birth to a son who goes by the name of Austin Burton in New York City. I am not sure of his exact birth date. This

son that Patricia Staton gave birth to Austin Burton she did not want at the time. Patricia Staton left the infant Austin Burton alone in a Bedroom Dresser drawer where she resided in a one room apartment located on Liberty Avenue in Jamaica, New York. Patricia Staton leaves the infant Austin Burton there and left New York State If it were not for her sister Alice Staton Covert who went to the one room apartment to visit Patricia Staton, Austin Burton would have been one our cities child abuse fatalities. Alice Staton Covert takes Austin Burton Staton home with her and raises him as her son. Alice Covert Staton is also my half-sister. Alice Covert Staton and I were born from the same mother. During the summer of 1976, Alice Covert Staton asked our mother Elease Dingle who is also the Grandmother of Austin Burton if he could spend two weeks in the summer with her in New York City. My mother said yes. At this time, I am eleven years old soon to be twelve in August. Austin Burton arrived during the first week of July for his summer vacation and I had contracted the Chicken Pox virus. My mother did not know Austin Burton immunization status so she did not allow me to come into any direct contact with him for fear he would contract the virus. My Mother was totally upset with Patricia Staton for leaving her son Austin Burton there in a drawer in addition leaving her responsibilities on her Sister Alice Covert. When Patricia Staton found out that, Alice Covert Staton allowed her son Austin Burton to come to New York to visit with my mother she was infuriated. I remember Patricia Staton calling my mother to confirm he was in fact in New York with her. I was very sick at the time however what I can remember of telephone conversation between my mother and Patricia Staton is my mother screaming at the top of her lungs at Patricia Staton ' How could you do this to him" meaning leaving her son like that in the one room apartment while place the responsibilities on Alice Staton Covert. After Austin Burton's two week visit was over, Austin Burton returned home to his home with Alice Covert Staton in Thomasville, North Carolina. Patricia Staton still angry over what my mother said to her began spreading a lie while Austin Burton was here I touched him inappropriately while he was here and filed some sort of phony report of child abuse which Teresa Mae Waldon and Barack are using as angle to put me out of the money which they stole from me from the Reproductive Research Grant. There my issues with Patricia Staton and Teresa Mae Waldon's accusations was eleven years old. 2. The date of their claims is incorrect. 3. The both new exactly where I lived why did not bring this claim sooner. 4. They both have visited my mother in New York after the claim. Why it that they did not contact the authorities in is regards to my whereabouts. I will tell you why the story was bogus. In addition, I accompanied my mother Elease Dingle to Thomasville, North Carolina where her Father was very ill and die after one week after our arrival. We remained there one more week to funeral. Why did not say something at that point. I will tell you why "it was a bogus story concocted out of jealousy and anger. In addition, to this date the entire town of Thomasville; NC is well aware of Teresa Mae Waldon's illicit affair with her half-brother Austin Burton. I must tell that Burton is a factious name that Patricia has given Austin because she did not to name the true father which I believe is Arthur Bonilla who she was married to in Tacoma Washington. Secondly, This is to cover the affair between Barack and Teresa Mae Waldon illicit affair. My former address was 183-11 Hillside Avenue. Teresa Mae Waldon rented an apartment diagonally across the street. This building back faces my apartment Living Room Window. The apartment that Teresa Mae Waldon rented there was intended for the use of Teresa Mae Waldon and Arthur Bonilla. However, Teresa Mae Waldon used the apartment for her clients who paid for illicit acts. In other words, this was a house of ill repute. Several incidents happened over there and most were captured by law enforcement. On the separate occasions, incidents happen at that Apartment that Teresa Mae Waldon rented in addition to the adjacent backyard area. The first incident that happened over there in September 2016 I was on a 3:30 A.M. train heading out of New York City to Washington, D.C., where I stayed for two days. When I arrived at Union Staton to heading back to New York city as, I walking someone yelled out to me and said" scandalous Tracey "I looked around and could not identify the face who said it. Once I arrived back in the City. I was being stalked and terrorized and the terrorist were saying "you were over there" When I was not. I was out of town. The second time an incident occurred over the. I was on a flight heading to Dallas Texas for training, my business trip there lasted one week. When returned home to New York City, then terrorizing began again. The terrorist were stalking me and saying "you were just over there. I had had no ideal as to what they were talking about. My next trip would be to Aurora, New York which would be Labor Weekend and the first chance that I get to see my eldest daughter Melanie Bennett where she was a first year freshman at Wells College which I mentioned in earlier paragraphs who was kidnapped there. I spent the Labor Day Weekend there and returned home to New York City earlier Monday morning. I had purchased a laptop which I took Aurora New York for Melanie to use for her studies along with a Watch which I purchased at Costco's. At 10:00 A.M this Labor day Monday I went to Pawn Shop on Jamaica Avenue in Queens Village who has a jeweler who could size the watch for me. After the watch was sized "a stream of cars with drivers yelling out of their windows "you over there last night" I had no ideal again what they were talking about. This would be the beginning along with the height of the stalking and terrorizing at the magnitude that remains today. The whistleblower overhears Barack saying "I pulled her cigarette out of an ashtray over there" Barack was referring to my cigarette" I do not know how he can say this when I was not home that weekend. The whistleblower also overhears Barack saying "Jay take of that cigarette for me" this statement also refers to what I mentioned about the cigarette in the earlier paragraphs. I am told that Teresa Mae Waldon has fraudulently given some of my children to Groupon in addition to Wayfair in addition to the MLB. Please assist me with obtaining my children back in addition to any assistance that you can provide with the Reproductive Research Center doctors who participated in the Reproductive Research Study. I know that law enforcement is working very hard on this case with your backing we resolve this case and my children will be returned back to biological mother who is me. Barack has said that Teddi Leblo and Teresa Mae Waldon along with everyone else who I mentioned in this letter are so much better than their own biological mother. My statement to this is: If there were also so much better why are at least three of them deceased while some have a forced upon drug habit while others are homeless and on street and suffering from malnutrition. It very hard for me to fight back at these wealthy individuals and any assistance that you can provide is greatly appreciated. Update as of 4:48 P.M. 5/4/18. I am told a by the whistleblower that Tracy Lewis of St. Albans has obtained one of more of my children and has access to the grant money from the Reproductive Research Study which belongs to me. The Whistleblower overhears an unidentified gentleman who says "make sure you say that Tracy Lewis wore a wire for us. We can get money from her". Growing up from infancy to the earlies seventies I resided in the same neighborhood as her.

Update: 5/6/18: On 5/5/18 Barack says "Aggie aka Aggie Tsang Mrs. B AKA me is on her way out " Barack goes on to say " I now have a new home brought with her money while she has to apply for welfare. HAHA" I am going to make sure no one stands with her" Barack in a conversation with Teresa Mae Waldon says "you will not put that in your case? What he means by this is the bogus lawsuit claim that they are trying to file against me which I covered in the above paragraphs. Captured; an unidentified law enforcement officer "Vitiligo AKA Rosemarie Bennett needs more protection." We are homeowners because of her =Vitiligo." This same law enforcement officer says "Ms. Smith AKA Sandra Smith we love your background." We will cover you" 5/6/18 I go into a neighborhood Bodega at the corner of 199th street and Hollis to buy a cup of coffee. A gentleman who was on his way out the store while I was buying it says "Senator Comerie is trying to figure out how to put your daughter out of her school." Senator Comerie says to "Vitiligo the dough is still ours". This money does not belong to Vitiligo because my children were not produced from her body. On 5/5/2018 Tarek and Christina El Moussa take a large sum of money from the Reproductive Research Grant money. An unidentified law enforcement officer says "Christina loves us". This breathes of corruption. I am also told that the cyber security firm Techimon was known as Kedbot has obtained at least one of the street, Patricia Staton is holding one of my children captive. I fear for the life of this child as the street is responsible of the death of a least one. Today, I walked along 196th and 114th avenue heading toward a place where I do banking. As, I am walking I hear from a passing vehicle Arthur Bonilla's voice which said "I am spreading it everywhere that you have no teeth" I cannot stand how pretty you are" Arthur Bonilla goes on to say "I cannot stand how rich John Bennett is" Arthur Bonilla continues to harass me daily as I have mentioned the incident that transpired during my interview which he paid the Human Resource Recruiter to spread the lie during the interview.

Update 5/7/18 5/6/18 approximate 11:00 P.M. The whistleblower "captures feed from Patricia Staton who said "Senator Comerie, I lied, "it was a lie" She never did any of those things I said" The whistleblower captures Barack who says this morning 5/7/18 " Delaware was best for us." This means Barack stole the grant money from the Reproductive Research Study. It was Delaware who involved the Top Cop who enlisted the terrorist committee who buy friendships along with restitution for political favors. Barack took it upon himself to delegate to whom he wanted to includes some members from the law enforcement community who accepted bribes and there are now homeowners. It is my opinion on law enforcement officer should have them in their home if they are working this case. This will prove collusion in respect to working for Barack. There are many Law Enforcement Officers who are totally committed to the career that they have chosen. I applaud and commend these individuals because they cannot be bought for any amount of money. My children were not a product of Delaware's DNA and Chromosomes. The terrorist committee also consists of neighborhood homeowners. The medical society is shocked as to why the grant did not come to me since it was my DNA and Chromosomes. Barack continues to attack me minute by minute twenty four hours a day. For example "Barack spreads it lies in addition to filtering to his terrorist committee "She is drunk all day" She bought illicit substances" I have never failed a drug test to date. "She is paid" when he paid his terrorist committee to take my hair out. Barack still cannot stand the fact that I am still very beautiful. Why? Because he has not basis to stand on in reference to all the mistakes he has made. It was Barack's order to make addict of them. Any assistance that you can provide is greatly appreciated. In addition, any help that you can provide to locate my children as I have not gotten anywhere with ACS. Please, please assist.

Update: 12:47 5/7/18 The Whistleblower captures feed from Barack who says "Teresa Mae Waldon is now in my home" The new Homeowners Association can now get by with all of this" "Teresa you see now Mrs. B is now a stay at home drunk" Barack Slandered my good name because he stole the money that was intended for me from Reproductive Research Grant" Barack says "he wants to finish my eldest daughter off"

Update 6:52 P.M. The whistleblower captures Barack who says "hat he wired my car and put something in the console" Nothing was ever found in my car" Maybe he made a mistake with vehicles "Barack goes on to say "I wanted to make an addict out that kid I could not stand how rich she was"

Update 5/8/18: The whistleblower captures "Barack who says "I could not find a way to put her out of that good cop." Barack goes on to say "Delaware, I can't wait to get into your pants and stay there" Barack goes on to say "Now, I'm going out to buy me a new ride" Barack goes on say " Michelle, I took care of Melanie already" Which I think he means he has murdered her. She better be at school in the flesh. Barack goes on to say "You see Fancy she never looked greaser" Barack is referring to me. Barack goes on my make a standing joke out of my medical history. When I was in the first grade, I touch something on a desk and scratched the back of my hairline. I contracted a Fungus on the back of my hairline and was prescribed Tinactin. Barack "has released this information to the public and made a standing joke out of it  the whistleblower captures Barack who says "The money is still yours boys, I am listening to WPLJ 95.5 I am writing this letter. The undertones from the morning show I can hear where they are sayings Chrissy Tigen the Dough is still yours. They also speak of James Hausle who they say he is the better for this. I do not see how this is possible when my child is order to walk around there house naked in addition this kid is sick all there there. Barack has made reference to Mr. Dingle and waiting the rest of the information in regards to this. The whistleblower captures one of my children who is a boy "He says "Michelle, Barry says me" Barry is John B. Bennett who in addition on me gave birth to these children. Barack has stalk, harassed and terrorized me in an attempt to push me out of my children who I gave birth to naturally in addition to the Reproductive Research Grant Money which was intended for me to care for them. I am seeking your assistance to stop the terrorist attacks against me orchestrated by Barack and Teresa Mae Waldon. These attacks are orchestrated to make me look bad in the public eye. I am seeking justice in terms of imprisonment for the Fraud, Waste and Abuse in addition to restitution of that was stolen from me along with all of my

children returned to me.  Any assistance that you can provide is greatly appreciated.  Just added, "Barack says "Patricia looked nice yesterday. Well, the yesterday he was speaking about was Sunday "This proves that Patricia Staton was taking orders from Barack.

Update: 5-8-17 "Whistleblower captures feed from what appears to be Donald Trump who says "John B. Bennett is best for it.  John B. Bennett and I are the true biological parents to all of the children.  However "This person whom the Whistleblower seems to think it is "Donald Trump. Well he did not do his homework.  John B. Bennett has a lengthy arrest record in addition to substances abuse in addition to several other issues.   John B Bennett background gets a pass because John is giving them a kickback.

Update:  5-9-18 the whistleblower captures Barack who says "I am in love with Teresa Mae. " This has nothing to do with me. Barack goes on say in a conversation with Fancy "Fancy I am lowering her Voter Registration status" How in the world can Barack lower anyone's voter registration status?  Phaedra parks on 5/9/18 say "Teresa, you will not get by with this one. The Diploma you used to get into law school was not yours. "The Law School is not going to let you get away with that one. The Diploma which she used belonged to me which was stolen from my household when I was traveling for business. Teresa Mae Waldon and Arthur Bonilla were in my household as I have said before when I traveled for business. Arthur Bonilla was the only person with the key to my apartment located at 183-11 Hillside Avenue located in Jamaica, New York Disco says "The money belongs to you Tracey" Since Disco has said this. The scammers are now saying "Disco the Dough is yours" What they are attempting to do here is bribe Disco. Patricia Staton who has murder at least one of my children perhaps two we hear laughing crazily "I am a new homeowners of this shit" True. Patricia Staton was one of the participants who stole the money. The whistleblower captures Patricia Staton saying "we could not have gotten away with it without Delaware. There is one of my children who the whistleblower we can hear crying "Mom Barack keeps me naked", please help me to locate her along with the rest of my children.  Please, please assist.

Update: 5-10-18: I have discovered another Homeland Security Employee has obtained one of my children who go by the name of Dajnera last name unknown however does or has worked out of 26 Federal Plaza New York, New York. This goes to prove that this was an inside job and as I have mentioned it was done satisfy political favors.  The whistleblower captures President Donald Trump who said "Mrs. B is not good enough for us." President Donald Trump goes on to say "Teresa I love you" The Teresa he is speaking of is Teresa Mae Waldon. President Donald Trump goes on to say "Senator Comerice gets by with this one" President Donald Trump goes on to say "Chrissy Teigen gets by with this one "President Donald Trump goes on to say "Robert Judge of Judge Law located in New York "Set Chrissy Tiegen up" What this means is that he is actually receiving a kickback in addition to delegating my children out to whoever he wants.  The relationship between President Donald Trump and Robert Judge of Law began by Judge Law who was representing their client who Park Towers East in a suit against me in the New York City Housing Court.  As I mentioned, the terrorist attack against me was so severe to the point where terrorist along with harassment committee caused me to lose my great job by calling around while putting forth bride to complete the job causing me to lose a great place to live in addition to my car in addition to means of supporting myself in addition to my resources to pay tuition for my oldest daughter.  President Donald Trump goes on to say to Judge Law "come on we need you on this" Judge Law is the facilitator for setting up the funds to whoever President Donald Trump says.  When Teresa Mae Waldon heard about my case in NYC Housing Court, she befriended Judge Law by saying she was a Law School Student.  However Judge Law did not do his research in regards to Teresa Mae's Law School educational credentials.  In the above paragraph, Phaedra Parks discovered that the High School Regents Diploma that Teresa Mae Waldon used in her Law School Application was actually mine which proves that point that Teresa Mae Waldon lied about her true background which proves the point if she can lie about something like this everything else that she has said about me is false. According to the whistleblower, President Donald Trump is attempting to enlist someone to make a smack addict out of my eldest daughter Melanie. I am writing you for assistance since it very difficult for me to fight this battle due fact that these individuals are wealthy and powerful which is an uphill fight but I continue to fight for them.  As I have mentioned Law Enforcement in addition few Good Guardian Angels who represents all walks of life.  Please, Please, Please assist. Just In:  I am told by the whistleblower the Law Enforcement Officer who goes by the name of Frank has my account password and he is looking to give access to a teacher he befriended. I am told that Takesha Bartley who I mentioned in the above paragraphs is that she is tearing my child up.  This means beating her in addition to someone who has obtained her.

Update: 5-10-18 the whistleblower capture a conversation with an unidentified female who says to Takesha Bartley who says to Takesha anesthetize that kid" What I do know is that Takesha Bartley has obtained access to my child by her relationship with Arthur Bonilla who according to the Whistleblower is in frequent conversations with Arthur Bonilla by way of phone in addition text messages.   Barack goes on to say that" he paid Alexander's Boyfriend who is actually Andrea Beagle. "Barack goes on to say" Teresa Mae Waldon knows how to make a mean cocktail."

Update: 5-14-18: On 5-11-18 early morning, Hoda  Kotby takes a large sum of money out of the Grant System. The whistleblower overhears Hoda  Kotby laughing and who says" that kid is dead because of me" 5-11-18 Stacy-Ann Gooden says the money is still mine" I am told that Stacy-Ann Gooden also abused them with narcotics. This is what I am told. I do not know how true this is. The whistleblower captures a conversation between Teresa Mae Waldon where says "you see Teresa another Bad Cigarette" Barack is refereeing to me. I smoke Virginia Slims which is a long Cigarette which is trying to make seem as though it is an illegal substance. Barack goes on to say "Senator Comerie gets by with this one" Barack goes on to say in another conversation with an unidentified men Teresa Anesthetized that kid for me "everyone will get by with this" The whistleblower overhears a conversation with an unidentified gentlemen who could be a law enforcement officer who says "Okay, Teddi AKA Delaware "you are now in the free and clear. I took care of the cigarette for you."  What this means is the cigarette has been

scandalized as to something that it is not. This cigarette was the best thing that could have ever happen because it opened up the communication channels as to who is responsible for the No Doze, inflicting them with Narcotics and putting out on the street for prostitution in addition to the most serious MURDER. Barack says" Teresa is hired by Homeland Security". I do see how when the agency knows what I know about this investigation, I would say it relates to her clients who have serviced them as prostitute and referred to as a Kitten to others to someone. There are many great Law Enforcement Officer working this to assist and I must say" I am out there on the streets investigating as to who he killed at least two of my kids like any normal parent would do. However, Barack and company continue to go on a national hate campaign against with sayings like "she is drunk all day, I do not drink at all. Bad cigarettes: As I mentioned I have to figure out what happened to my kids for myself especially when at least two are deceased by means of murder. Law Enforcement is doing an outstanding job to assist are making some progress. In addition, the community has been a great help and I applaud their efforts. We now need your assistance. Please, Please assist time is of the essence. Please help to save their lives and return each and everyone them to me.

Update: 5-17-18 the whistleblower captures a conversation between Teddi Leblo aka Delaware and the unidentified gentlemen who I mentioned in the previous paragraph. I think it is safe say that this gentleman is law enforcement. In the above paragraph he says to Delaware "I took care of the cigarette for you. You should be fine." On 5-16-18 this same gentleman says to Delaware "she lost another contract. That what she gets for messing with you" This is crazy because I am not messy with Delaware at all. It is more like Delaware is messing with me because she stole the money that was intended for me and is desperately trying to keep her position in terms of holding on the money by any means necessary. It was Delaware who assisted with hiring the street posse who harass me daily. 5-17-18 3:30 A.M. The Whistleblower captures Barack who says "I changed Chrissy Tiegen's background around. Barack goes on to mention "I have the serial numbers are assigned and recorded. I am discovering other individuals who have obtained access to the stolen credentials to obtain the children along with money thru Barack Reproductive Research Grant which proves that it the Barack and Michelle who are paying off their political favors Tom Hanks Actor, Kevin Costner Actor, Rick Harris TV Personality may know something about this because he was approached which I believe he turned the offer by Phaedra Parks down. Local people who live in this neighborhood whom I know but had no contact with them in years have obtained this grant which constitutes fraud. I am hearing that a Piano Teacher has one of them however I cannot provide the name at this time. I will get out on the street and investigate as to who this teacher is by name. I am told someone who goes by the name of Marla has obtained at least two of them by association with the people that I mentioned. Through Arthur Bonilla's personal relationship with Ms. Jeffries Assistant Principal at my daughter's old High School in addition to the following teachers: Mr. Bradley, Mrs. And Mrs. Miller in addition to: Principal Tayshon Haywood. I must tell you, I walk the streets out here in the community to figure out who actually committed the murder of at least two of them in addition to inflicting them with narcotics. I will into every hole and crevice there is in this city to figure out how this happened. I can honestly say "thank God "I am drug free and have no problems taking a drug and alcohol test because I know the outcome will attest that a lie was told. Everything that I am doing is done to assist Law enforcement to solve this case. The people who did this all have a common thread which seems to be Arthur Bonilla. I thank god for the feed from the whistleblower who captured all of it feed in respect to this case. Each and every one of my children I carried inside my body. The people who falsified the second part of the paper wont want you to hear anything ugly about me except for she really is a beautiful person. However, the person who is at the helm of the fraud is changing the favored people's background around to clear them of blemishes While I am being held to a cigarette which has been a useful detective tool to get the communication channels opened for find out what this scam. I am very proud of the new york that Law Enforcement is doing and I cannot not thank them enough and I applaud there efforts in addition to the community which are providing some feed in the form of tips which I have provided in this report. Any assistance that you can provide is greatly appreciated it. Time is of the essence and it means the preservation of their lives.

Update: 5/18/18 Whistleblower reports Phylicia Rashad I am told possible one of my children and according the whistleblower within the next the 24 hours she will be able to take the money. Any assistance that you can provide is greatly appreciated. I will continue to update as I receive information.

Update: 5-18-18 7:42 P.M. Whistleblower reports Stacy-Ann Gooden has been scanning my children in order to obtain money from the Grant System. Stacy-Ann Gooden has spoken badly about me on national TV, she is also stalking and harassing me and my children. In addition, I believe Pat Sajak from Wheel of Fortune may have something to do with this situation. He says things in undertones about this situation.

Update: 5/22/18: I am told that the Kentucky Paddock has stolen some of the monies that was intended for me by Reproductive Research grant. The whistleblower captures Bob Baffert who says" Thank her for allowing her daughter Melanie Bennett to look dirty for us." The whistleblower captures Barack who says "Michelle has gotten her daughter back sorry to inconvenience her" Barack goes on to say "Howard Jackson of Thomasville, North Carolina stands behind her. Send someone out there to give him a warning. "What he means is to threaten him. Barack goes on to say " Delaware is the better person for this" What Barack means by this comment is that he is able to receive a kickback from the money from the money Delaware receives. Barack designated this to Teddi Leblo aka Delaware for this purpose who continues to endorse her when her guardianship at least two of them are deceased while some were put on No doze inflicting with white others were force inflicted with narcotics while others were put out on the street for prostitution. In addition, a whistleblower blew the whistle on her actions. Delaware also has ties to Rock a Wear who I hear she had an illicit relationship with. I am told that Delaware has accepted gifts to the tune of a vehicle which she returned once the whistleblower began to speak about it. Moreover, the whistleblower captures a conversation with Delaware in addition to Damon John. Cuban who says "Keep the gift say you found it". Teresa Walker also has had an illicit affair with Mark Cuban in addition to Damon John.